| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**   04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Hoactzin Partners, L.P.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   2 0 – 1 8 0 7 1 1 2

4. **Debtor's address**

   **Principal place of business**  
   2406 Vanderbilt Court  
   Number  Street

   Rowlett            TX    75088  
   City              State  ZIP Code

   Dallas  
   County

   **Mailing address, if different from principal place of business**  
   Number  Street

   P.O. Box

   City              State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number  Street

   City              State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☑ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor  **Hoactzin Partners, L.P.** _____   Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

   **2  1  1  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.   District _____ When _____ Case number _____
                          MM / DD / YYYY
             District _____ When _____ Case number _____
                          MM / DD / YYYY
             District _____ When _____ Case number _____
                          MM / DD / YYYY

Debtor **Hoactzin Partners, L.P.**      Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ When _____ MM / DD / YYYY
Case number, if known _____

Debtor _____ Relationship _____
District _____ When _____ MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? **Normal risks associated with offshore oil rigs.**

☑ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other **Offshore oil rigs require continuous management and maintenance.**

**Where is the property?**    **Offshore-Gulf of Mexico**
Number   Street

_____
City    State    ZIP Code

**Is the property insured?**

☐ No
☑ Yes. Insurance agency **Markel Int'l. Ins. Co., Ltd.**
Contact name **J. H. Blades**
Phone **(713) 780-8770**

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Hoactzin Partners, L.P.**     Case number (if known) _____

| | | | |
|---|---|---|---|
| 14. | Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. | Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/26/2019**
              MM / DD / YYYY

**X /s/ Hugh Brooks**      **Hugh Brooks**
Signature of authorized representative of debtor      Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

**X /s/ Hudson M. Jobe**      Date **10/26/2019**
Signature of attorney for debtor      MM / DD / YYYY

**Hudson M. Jobe**
Printed name

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
Firm name

**2001 Bryan Street, Suite 1800**
Number     Street

**Dallas**      **TX**      **75201**
City      State      ZIP Code

**(214) 871-2100**
Contact phone      Email address

**24041189**
Bar number      State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:　**Hoactzin Partners, L.P.**　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　**11**

## VERIFICATION OF CREDITOR MATRIX

　　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　10/26/2019　　　　　　　　　　　　Signature　/s/ Hugh Brooks
　　　　　　　　　　　　　　　　　　　　　　　　　*Hugh Brooks*
　　　　　　　　　　　　　　　　　　　　　　　　　*Chief Restructuring Officer*

Date　　　　　　　　　　　　　　　　　　Signature

Archrock Partners
9807 Katy Freeway, Suite 100
Houston, TX 77024

Gulf Coast Chemical, LLC
220 Jacqulyn Street
Abbeville, LA 70510

Martindale Consultants, Inc.
4242 North Meridian Avenue
Oklahoma City, OK 73112

Beck Redden LLP
Attn: Alex B. Roberts
1221 McKinney Street, Ste. 4500
Houston, TX 77010

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Nova Technical Services, Ltd
623 Bluffington Street
Houston, TX 77060

Clean Gulf Associates, Inc.
634 Peters Road
Harvey, LA 70058

Island Operating Company, Inc.
P.O. Box 61850
Lafayette, LA 70596

Office of Natural Resources Rev
P.O. Box 25165
Denver, CO 80225

Cougar Offshore
4343 Schlipf Road
Katy, TX 77493

J. Connor Consulting, Inc.
19219 Katy Freeway, Suite 200
Houston, TX 77094

Oil & Gas Information Systems
5801 Edwards Ranch Road, Suite
Fort Worth, TX 76109

Crady, Jewett & McCauley, LLP
Attn: William R. Sudela
2727 Allen Parkway, Ste. 1700
Houston, TX 77019-2125

J.P. Morgan
712 Main Street, 14th Floor N
Houston, TX 77002

Pinnacle Engineering, Inc.
7660 Woodway, Suite 350
Houston, TX 77063

Creel & Associates, Inc.
2051 Greenhouse Road, Suite 310
Houston, TX 77084

Kevin Gros Consulting & Marine
 Services, Inc.
13080 West Main Street
Larose, LA 70373

Prime 8 Offshore, LLC Liens
PO Box 131954
The Woodlands, TX 77393

Deepwater Corrosion Services, I
13813 FM 529
Houston, TX 77041

Locke Lord LLP
600 Travis Street, Suite 2800
Houston, TX 77002

Quality Construction & Producti
425 Griffin Road
Youngsville, LA 70592

Dynamic Industries, Inc.
3504 David J. Berard Road
New Iberia, LA 70560

Louisiana Supply Unlimited
311 Equity Boulevard
Houma, LA 70360

Republic Helicopters, Inc.
8315 FM 2004 Road
Santa Fe, TX 77510

Ecoserv, LLC
9525 US Hwy 167
Abbeville, LA 70510

Lugenbuhl, Wheaton, Peck
 Rankin & Hubbard
Attn: Benjamin W. Kadden
601 Poydras Street, Ste. 2775
New Orleans, LA 70130

Safcon, Inc.
3018 Cameron Street
Lafayette, LA 70506

First Universal Management Comp
716 Dove Circle
Coppell, TX 75019

Martin Energy Services, LLC
Three Riverway, Suite 400
Houston, TX 77056

Snow Spence Green LLP
c/o Holly C. Hamm
PO Box 549
Hockley, TX 77447

```
SPL, Inc.
8850 Interchange Dr.
Houston, TX 77054


Triton Diving Services, LLC
1 Galleria Boulevard, Suite 1831
Metairie, LA 70001


U.S. Attorney
Office of the U.S. Attorney
3rd Floor, 1100 Commerce Street
Dallas, TX 75242


U.S. Trustee
1100 Commerce Street, Room 9C60
Dallas, TX 75242


United Vision Logistics
4021 Ambass. Caffery Pkwy.
Suite 200, Bldg A
Lafayette, LA 70503


VWV Services, LLC
218 Bodenger Road
Lafayette, LA 70508



Westwind Helicopters, Inc
c/o The Bassett Firm
Attn: Ron T. Capehart
3838 Oak Lawn Avenue, Suite 1300
Dallas, TX 75219

Worldwide Energy Services, Inc.
7062A Lakeview Haven Drive
Houston, TX 77095
```