| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name  **Hoactzin Partners, L.P.** |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) |

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/26/2019**  X **/s/ Hugh Brooks**
MM / DD / YYYY  Signature of individual signing on behalf of debtor

**Hugh Brooks**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hoactzin Partners, L.P.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Republic Helicopters, Inc. 8315 FM 2004 Road Santa Fe, TX 77510 | | Lien | Disputed | $957,136.50 | $0.00 | $957,136.50 |
| 2 | Locke Lord LLP 600 Travis Street, Suite 2800 Houston, TX 77002 | | Goods and/or Services | Disputed | | | $862,528.17 |
| 3 | Prime 8 Offshore, LLC Liens PO Box 131954 The Woodlands, TX 77393 | | Lien | Disputed | $856,233.61 | $0.00 | $856,233.61 |
| 4 | First Universal Management Company 716 Dove Circle Coppell, TX 75019 | | Goods and/or Services | | | | $437,627.00 |
| 5 | Triton Diving Services, LLC 1 Galleria Boulevard, Suite 1830 Metairie, LA 70001 | | Goods and/or Services | | | | $225,465.13 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **Hoactzin Partners, L.P.**
Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Island Operating Company, Inc. P.O. Box 61850 Lafayette, LA 70596 | | Goods and/or Services | | | | $106,085.91 |
| 7 | Westwind Helicopters, Inc c/o The Bassett Firm Attn: Ron T. Capehart 3838 Oak Lawn Avenue, Suite 1300 | | Goods and/or Services | Disputed | | | $79,922.19 |
| 8 | Kevin Gros Consulting & Marine Services, Inc. 13080 West Main Street Larose, LA 70373 | | Goods and/or Services | | | | $77,621.83 |
| 9 | Ecoserv, LLC 9525 US Hwy 167 Abbeville, LA 70510 | | Goods and/or Services | | | | $71,836.25 |
| 10 | Pinnacle Engineering, Inc. 7660 Woodway, Suite 350 Houston, TX 77063 | | Goods and/or Services | | | | $58,893.90 |
| 11 | VWV Services, LLC 218 Bodenger Road Lafayette, LA 70508 | | Goods and/or Services | | | | $54,828.58 |
| 12 | Dynamic Industries, Inc. 3504 David J. Berard Road New Iberia, LA 70560 | | Goods and/or Services | | | | $43,830.51 |
| 13 | Office of Natural Resources Revenue P.O. Box 25165 Denver, CO 80225 | | Goods and/or Services | | | | $35,000.00 |

Debtor **Hoactzin Partners, L.P.**
Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Nova Technical Services, Ltd<br>623 Bluffington Street<br>Houston, TX 77060 | | Goods and/or Services | | | | $21,754.50 |
| 15 Quality Construction & Production, LLC<br>425 Griffin Road<br>Youngsville, LA 70592 | | Goods and/or Services | | | | $21,052.00 |
| 16 Martindale Consultants, Inc.<br>4242 North Meridian Avenue<br>Oklahoma City, OK 73112 | | Goods and/or Services | | | | $20,562.50 |
| 17 Archrock Partners<br>9807 Katy Freeway, Suite 100<br>Houston, TX 77024 | | Goods and/or Services | | | | $19,235.25 |
| 18 Martin Energy Services, LLC<br>Three Riverway, Suite 400<br>Houston, TX 77056 | | Goods and/or Services | | | | $18,112.47 |
| 19 United Vision Logistics<br>4021 Ambass. Caffery Pkwy.<br>Suite 200, Bldg A<br>Lafayette, LA 70503 | | Goods and/or Services | | | | $13,517.98 |
| 20 Louisiana Supply Unlimited<br>311 Equity Boulevard<br>Houma, LA 70360 | | Goods and/or Services | | | | $12,637.31 |