**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Hoactzin Partners, L.P.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-33545** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Veritex Community Bank** | **Checking account** | __ __ __ __ | **$2,070.07** |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | |
   |---|
   | **$2,070.07** |

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| Debtor | Hoactzin Partners, L.P. | Case number (if known) | 19-33545 |
|---|---|---|---|
| | Name | | |

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Current value of debtor's interest

7.1.  **Williams Transco** — $2,500.00

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$2,500.00

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes.  Fill in the information below.

Current value of debtor's interest

**11.** **Accounts receivable**

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $44,478.76 | – | $0.00 | = ............. → | $44,478.76 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $1,233,986.48 | – | $0.00 | = ............. → | $1,233,986.48 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$1,278,465.24

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.  Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                         % of ownership: | | |
| **16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

## Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| Debtor | Hoactzin Partners, L.P. | | | Case number (if known) | 19-33545 |
|---|---|---|---|---|---|
| | Name | | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor   **Hoactzin Partners, L.P.**                                    Case number (if known)  **19-33545**

    Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No.  Go to Part 8.

    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.                                         **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No.  Go to Part 9.

    ☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.                                         **$0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

---

| Debtor | Hoactzin Partners, L.P. | Case number (if known) | 19-33545 |
|---|---|---|---|
| | Name | | |

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |
| 55.1. **See Exhibit A** | Oil and Gas Interes | | | **$0.00** |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

**$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☑ No.  Go to Part 11.
- ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.

**$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

Debtor __**Hoactzin Partners, L.P.**_____   Case number (if known) __**19-33545**_____
      Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☑ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **Claims against Fieldwood Energy LLC for breach of contract, declaratory judgment, and legal fees** | **$0.00** |
| Nature of claim | |
| Amount requested | |
| **Claims against Omimex Petroleum, Inc. for breach of contract, declaratory judgment, and legal fees** | **$0.00** |
| Nature of claim | |
| Amount requested | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **JPMorganChase in Escrow for P&A only** | **$492,315.94** |
| **BNY Mellon Capital Markets as cash collateral of Lexon in account held by Dolphin Direct Equity Partners, L.P.** | **$2,443,425.89** |
| 78. **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$2,935,741.83** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Debtor | **Hoactzin Partners, L.P.** | Case number (if known) | **19-33545** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$2,070.07** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,500.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$1,278,465.24** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................➔ | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$2,935,741.83** | |
| 91. | **Total.**  Add lines 80 through 90 for each column.  91a. | **$4,218,777.14** + 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92..................................................................... | | **$4,218,777.14** |

**Fill in this information to identify the case:**

Debtor name  **Hoactzin Partners, L.P.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number  **19-33545**
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name** **Lexon Surety Group, LLC** | **Describe debtor's property that is subject to a lien** **Cash** | $9,547,803.00 | $2,443,425.89 |

**2.1**

**Creditor's name**
**Lexon Surety Group, LLC**

**Creditor's mailing address**
**12890 Lebanon Road**

**Mt. Juliet         TN     37122**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**Cash**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**See #77. Collateral is of Dolphin Direct Equity Partners, L.P. for Lexon Bonds.**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $11,361,173.11

| Debtor | **Hoactzin Partners, L.P.** | | Case number (if known) | **19-33545** |

---

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2** **Creditor's name**
**Prime 8 Offshore, LLC**

**Describe debtor's property that is**
**subject to a lien**
                                                    **$856,233.61**          **$0.00**

**Creditor's mailing address**
**PO Box 131954**

**Oil and Gas Interest**

**Describe the lien**

**Lien**

**The Woodlands      TX    77393**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account**
**number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in**
**the same property?**
☑ No
☐ Yes.  Have you already specified the
      relative priority?

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ No.  Specify each creditor, including this
      creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
      specified on lines _____

**Ship Shoal 159 - $45,957.38**
**Ship Shoal 145 - $54,749.57**
**West Delta 62 - $36,865.88**
**High Island 176 - $718,660.78**

| Debtor | **Hoactzin Partners, L.P.** | Case number (if known) | **19-33545** |

| **Part 1:** | **Additional Page** |

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| **2.3** | Creditor's name **Republic Helicopters, Inc.** | Describe debtor's property that is subject to a lien | **$957,136.50** | **$0.00** |

Creditor's mailing address
**8315 FM 2004 Road**

**Oil and Gas Interest**

**Describe the lien**

**Lien**

**Santa Fe          TX    77510**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

　　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is specified on lines _____

**Ship Shoal 159 - $240,491.50**
**Ship Shoal 145 - $240,491.50**
**West Delta 62 - $80,030.00**
**High Island 176 - $396,123.50**

| Debtor | Hoactzin Partners, L.P. | Case number (if known) | 19-33545 |

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| Crady, Jewett & McCauley, LLP | | | Line __2.3__ | ___ ___ ___ ___ |
| Attn: William R. Sudela | | | | |
| 2727 Allen Parkway, Ste. 1700 | | | | |
| Houston | TX | 77019-2125 | | |
| Lugenbuhl, Wheaton, Peck | | | Line __2.3__ | ___ ___ ___ ___ |
|  Rankin & Hubbard | | | | |
| Attn: Benjamin W. Kadden | | | | |
| 601 Poydras Street, Ste. 2775 | | | | |
| New Orleans | LA | 70130 | | |
| Snow Spence Green LLP | | | Line __2.2__ | ___ ___ ___ ___ |
| c/o Holly C. Hamm | | | | |
| PO Box 549 | | | | |
| Hockley | TX | 77447 | | |

| Fill in this information to identify the case: |
| --- |

Debtor          **Hoactzin Partners, L.P.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number     **19-33545**
(if known)

☐ Check if this is an
amended filing

### Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G:
Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**  **Priority creditor's name and mailing address**          _____   _____

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account
number**     ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)( _____ )

| Debtor | Hoactzin Partners, L.P. | Case number (if known) | 19-33545 |
| --- | --- | --- | --- |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1    Nonpriority creditor's name and mailing address**

Archrock Partners

9807 Katy Freeway, Suite 100

Houston                              TX        77024

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and/or Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,235.25

---

**3.2    Nonpriority creditor's name and mailing address**

Bureau of Ocean and Energy Management

Gulf of Mexico OCS Region &

 Atlantic OCS Region

1201 Elmwood Park Blvd.

New Orleans                          LA        70123-2394

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and/or Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.3    Nonpriority creditor's name and mailing address**

Bureau of Ocean Energy Management (BOEM)

Office of Public Affairs

1849 C. Street NW

Washington                          DC        20240

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and/or Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.4    Nonpriority creditor's name and mailing address**

Clean Gulf Associates, Inc.

634 Peters Road

Harvey                              LA        70058

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Goods and/or Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

| Debtor | Hoactzin Partners, L.P. | Case number (if known) | 19-33545 |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5**  Nonpriority creditor's name and mailing address

**Cougar Offshore**

**4343 Schlipf Road**

**Katy**                    **TX**    **77493**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,890.00**

**3.6**  Nonpriority creditor's name and mailing address

**Creel & Associates, Inc.**

**2051 Greenhouse Road, Suite 310**

**Houston**                **TX**    **77084**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$820.04**

**3.7**  Nonpriority creditor's name and mailing address

**Deepwater Corrosion Services, Inc.**

**13813 FM 529**

**Houston**                **TX**    **77041**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,900.00**

**3.8**  Nonpriority creditor's name and mailing address

**Department of the Interior**

**1849 C Street, N.W.**

**Washington**            **DC**    **20240**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **Hoactzin Partners, L.P.** | Case number (if known) | **19-33545** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,830.51** |

**Dynamic Industries, Inc.**

**3504 David J. Berard Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **New Iberia** | **LA** | **70560** |

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71,836.25** |

**Ecoserv, LLC**

**9525 US Hwy 167**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Abbeville** | **LA** | **70510** |

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,516.00** |

**First Universal Management Company**

**716 Dove Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Coppell** | **TX** | **75019** |

**Basis for the claim:**
**Goods and/or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$607.20** |

**Gulf Coast Chemical, LLC**

**220 Jacqulyn Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Abbeville** | **LA** | **70510** |

**Basis for the claim:**
**Lease**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | Hoactzin Partners, L.P. | Case number (if known) | 19-33545 |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $106,085.91 |
|---|---|---|---|

**Island Operating Company, Inc.**

**P.O. Box 61850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Lafayette                    LA      70596**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $10,210.07 |
|---|---|---|---|

**J. Connor Consulting, Inc.**

**19219 Katy Freeway, Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                      TX      77094**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,250.00 |
|---|---|---|---|

**J.P. Morgan**

**712 Main Street, 14th Floor N**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                      TX      77002**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $77,621.83 |
|---|---|---|---|

**Kevin Gros Consulting & Marine**

 **Services, Inc.**

**13080 West Main Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Larose                       LA      70373**

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **Hoactzin Partners, L.P.** | Case number (if known) | **19-33545** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** | Nonpriority creditor's name and mailing address

**Lexon Surety Group, LLC**

**12890 Lebanon Rd**

| **Mt. Juliet** | **TN** | **37122** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Bond Premiums**

Is the claim subject to offset?
☑ No
☐ Yes

**$213,900.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**Locke Lord LLP**

**600 Travis Street, Suite 2800**

| **Houston** | **TX** | **77002** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$862,528.17**

---

**3.19** | Nonpriority creditor's name and mailing address

**Louisiana Supply Unlimited**

**311 Equity Boulevard**

| **Houma** | **LA** | **70360** |

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,637.31**

---

**3.20** | Nonpriority creditor's name and mailing address

**Markel International Insurance Co Ltd**

**The Markel Building 49**

**Leadenhall Street London, EC3A**

**2EA United Kingdom**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Insurance Premiums**

Is the claim subject to offset?
☑ No
☐ Yes

**$213,194.00**

---

Debtor  **Hoactzin Partners, L.P.**                                    Case number (if known)  **19-33545**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.21**  Nonpriority creditor's name and mailing address

**Martin Energy Services, LLC**

**Three Riverway, Suite 400**

**Houston**                          **TX**      **77056**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lease**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,112.47**

**3.22**  Nonpriority creditor's name and mailing address

**Martindale Consultants, Inc.**

**4242 North Meridian Avenue**

**Oklahoma City**                    **OK**      **73112**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,562.50**

**3.23**  Nonpriority creditor's name and mailing address

**Nova Technical Services, Ltd**

**623 Bluffington Street**

**Houston**                          **TX**      **77060**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,754.50**

**3.24**  Nonpriority creditor's name and mailing address

**Office of Natural Resources Revenue**

**P.O. Box 25165**

**Denver**                           **CO**      **80225**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$35,000.00**

| Debtor | Hoactzin Partners, L.P. | Case number (if known) | 19-33545 |
| --- | --- | --- | --- |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25**  Nonpriority creditor's name and mailing address

**Oil & Gas Information Systems**

**5801 Edwards Ranch Road, Suite 200**

**Fort Worth**                                    **TX        76109**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,050.00**

---

**3.26**  Nonpriority creditor's name and mailing address

**Pinnacle Engineering, Inc.**

**7660 Woodway, Suite 350**

**Houston**                                    **TX        77063**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$58,893.90**

---

**3.27**  Nonpriority creditor's name and mailing address

**Quality Construction & Production, LLC**

**425 Griffin Road**

**Youngsville**                                    **LA        70592**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$21,052.00**

---

**3.28**  Nonpriority creditor's name and mailing address

**Safcon, Inc.**

**3018 Cameron Street**

**Lafayette**                                    **LA        70506**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,400.00**

---

| Debtor | Hoactzin Partners, L.P. | Case number (if known) | 19-33545 |
| --- | --- | --- | --- |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,759.85 |

SPL, Inc.

8850 Interchange Dr.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77054 |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | | $225,465.13 |

Triton Diving Services, LLC

1 Galleria Boulevard, Suite 1830

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Metairie | LA | 70001 |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | | $13,517.98 |

United Vision Logistics

4021 Ambass. Caffery Pkwy.

Suite 200, Bldg A

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Lafayette | LA | 70503 |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | | $54,828.58 |

VWV Services, LLC

218 Bodenger Road

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Lafayette | LA | 70508 |

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Hoactzin Partners, L.P.** | Case number (if known) | **19-33545** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33** | Nonpriority creditor's name and mailing address

**Westwind Helicopters, Inc**

**c/o The Bassett Firm**

**Attn: Ron T. Capehart**

**3838 Oak Lawn Avenue, Suite 1300**

**Dallas**       **TX**    **75219**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$79,922.19**

---

**3.34** | Nonpriority creditor's name and mailing address

**Worldwide Energy Services, Inc.**

**7062A Lakeview Haven Drive**

**Houston**       **TX**    **77095**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,600.00**

---

| Debtor | Hoactzin Partners, L.P. | Case number (if known) | 19-33545 |
|---|---|---|---|

## Part 3:   List Others to Be Notified About Unsecured Claims

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **Beck Redden LLP**

**Attn: Alex B. Roberts**

**1221 McKinney Street, Ste. 4500**

**Houston       TX     77010**

Line _____

☑ Not listed.  Explain:

**Notice Only**

___  ___  ___  ___

Debtor    **Hoactzin Partners, L.P.**                                                    Case number (if known) __19-33545__

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|--|--|--|--------------------------|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $2,228,981.64 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $2,228,981.64 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hoactzin Partners, L.P.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-33545**    Chapter    **11** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1   **State what the contract or lease is for and the nature of the debtor's interest**    See Exhibit D    See Exhibit D

**State the term remaining**

**List the contract number of any government contract**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Hoactzin Partners, L.P.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-33545** |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                              12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

**1.  Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑ Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  Dolphin Direct Equity Partners, L.P.** | **P.O. BOX 16867**<br>Number          Street<br><br>**Fernandina**          **FL**    **32035**<br>City                          State  ZIP Code | **Lexon Surety Group, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2  Peter E. Salas** | **P.O. BOX 16867**<br>Number          Street<br><br>**Fernandina**          **FL**    **32035**<br>City                          State  ZIP Code | **Lexon Surety Group, LLC** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Hoactzin Partners, L.P.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-33545**

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

## Part 1:     Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.   **Real property:**
      Copy line 88 from Schedule A/B............................................................................................ | **$0.00**

   1b.   **Total personal property:**
      Copy line 91A from Schedule A/B.......................................................................................... | **$4,218,777.14**

   1c.   **Total of all property**
      Copy line 92 from Schedule A/B............................................................................................ | **$4,218,777.14**

## Part 2:     Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | **$11,361,173.11**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.   **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F............................................... | **$0.00**

   3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $2,228,981.64**

4.   **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................................. | **$13,590,154.75**

**Fill in this information to identify the case and this filing:**

Debtor Name  **Hoactzin Partners, L.P.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number  **19-33545**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/26/2019**          X **/s/ Hugh Brooks**
MM / DD / YYYY                Signature of individual signing on behalf of debtor

**Hugh Brooks**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

**EXHIBIT A**

| WELLS | WORKING INTEREST | OVERRIDING ROYALTY INTERE | EXPECTED P&A OBLIGATIONS | STATUS | STATE |
|---|---|---|---|---|---|
| High Island 176-A | 1.0000000 | N/A | $1,909,356.00 | Shut-In | TX |
| High Island 176-B | 1.0000000 | N/A | $1,055,010.00 | Shut-In | TX |
| High Island 190 | 1.0000000 | N/A | $869,500.00 | Shut-In | TX |
| Ship Shoal 145-E1 & E2 | 0.5625000 | N/A | $2,387,000.00 | Shut-In | LA |
| Ship Shoal 144 | 0.3496500 | N/A | $746,000.00 | Shut-In | LA |
| West Delta 62-2 | 0.7500000 | N/A | $2,186,150.00 | Shut-In | LA |
| Brazos 440L & 478L | N/A | 0.1125000 | | | TX |
| Croffoot A#10 | N/A | 0.0504148 | | | KS |
| Oetkin #8 | N/A | 0.0496574 | | | KS |
| Foster A#10 | N/A | 0.0529785 | | | KS |
| Foster B#9 | N/A | 0.0546875 | | | KS |
| Dirks #1 | N/A | 0.0546875 | | | KS |
| Croffoot C#6 | N/A | 0.0504150 | | | KS |
| Foster C#1 | N/A | 0.0546875 | | | KS |

### Executory Contracts

| Agreement Type | Parties | Contract to be |
|---|---|---|
| Tap Facilites and Connecting Facilites | Kinetica Energy Express, LLC | Reject |
| Joint Operating Agreement - SS159 | Tana Exploration Company LLC, Spinnaker Exploration Company, L.L.C., Newfield Exploration Company, Newfield Exploration Company, KCS Medallion Resources, Inc., Fidelity Oil Co., Continental Land & Fur Co., Inc. | Unknown |
| Joint Operating Agreement - SS145 | Tana Exploration Company LLC, Spinnaker Exploration Company, L.L.C., | Unknown |
| Agreement for Ownership and Operation of Platform and Facilites - Hight Island Area Block 176 | Exxon Corporation, Hall-Houston Offshore, Amerada Hess Corporation, Ridgewood Energy 1988-III Drilling and Completion, L.P., Ridgewood Energy Institutional Investors, Ridgewood Energy 1988-B Natrual Gas Development Fund, L.P. | Unknown |
| Product Handling Service Agreement | Tana Exploration Company LLC, Spinnaker Exploration Company, L.L.C., Newfield Exploration Company, Newfield Exploration Company, KCS Medallion Resources, Inc., Fidelity Oil Co., Continental Land & Fur Co., Inc. | Unknown |
| OffShore Operating Agreement - WD62 | Capco Energy, Omimex | Unknown |
| Master Services Contract for OSRO Coverage | Clean Gulf Associates Services, LLC., T&T Marine Salvage, Inc. | Unknown |
| Master Services Agreement | Ecoserv LLC | Unknown |
| Master Services Agreement | Quality Construction & Production, L.L.C. | Unknown |
| Master Services Agreement | Triton Diving Services, LLC | Unknown |
| Master Services Agreement | Dynamic Industries, Inc. | Unknown |
| Master Services Agreement | EXLP Operating LLC | Unknown |
| Master Services Agreement | Island Operating Company, Inc. | Unknown |
| Master Services Agreement | Intertek Asset Intergrity Management, Inc. | Unknown |
| Master Services Agreement | Gulf Ocean Services, Inc. | Unknown |
| Master Services Agreement | Stokes & Spiehler Offshore, Inc. | Unknown |