| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Hoactzin Partners, L.P.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-33545** |

☐ Check if this is an amended filing

Official Form 207

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2019** MM/DD/YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$4,779.58** |
| For prior year: | From **01/01/2018** MM/DD/YYYY | to | **12/31/2018** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$488,078.00** |
| For the year before that: | From **01/01/2017** MM/DD/YYYY | to | **12/31/2017** MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | **$642,770.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2019** MM/DD/YYYY | to | Filing date | | **$0.00** |
| For prior year: | From **01/01/2018** MM/DD/YYYY | to | **12/31/2018** MM/DD/YYYY | **Dividends** | **$28,319.00** |
| For the year before that: | From **01/01/2017** MM/DD/YYYY | to | **12/31/2017** MM/DD/YYYY | **Interest Income** | **$792,956.00** |

Debtor **Hoactzin Partners, L.P.**    Case number (if known) **19-33545**
Name

| | | | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2019** MM/DD/YYYY | to | Filing date | | **$0.00** |
| **For prior year:** | From **01/01/2018** MM/DD/YYYY | to | **12/31/2018** MM/DD/YYYY | **DDIR Loans** | **$847,953.00** |
| **For the year before that:** | From **01/01/2017** MM/DD/YYYY | to | **12/31/2017** MM/DD/YYYY | **Kingdom Notes** | **$10,588,334.00** |
| | | | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions |
| **From the beginning of the fiscal year to filing date:** | From **01/01/2019** MM/DD/YYYY | to | Filing date | | **$0.00** |
| **For prior year:** | From **01/01/2018** MM/DD/YYYY | to | **12/31/2018** MM/DD/YYYY | **DMM 1% RLTY** | **$1,129,926.00** |
| **For the year before that:** | From **01/01/2017** MM/DD/YYYY | to | **12/31/2017** MM/DD/YYYY | **Coal Royalties** | **$1,405,494.00** |
| | | | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions |
| **From the beginning of the fiscal year to filing date:** | From **01/01/2019** MM/DD/YYYY | to | Filing date | | **$0.00** |
| **For prior year:** | From **01/01/2018** MM/DD/YYYY | to | **12/31/2018** MM/DD/YYYY | **Litigation Settlement** | **$594,992.00** |
| **For the year before that:** | From **01/01/2017** MM/DD/YYYY | to | **12/31/2017** MM/DD/YYYY | | |
| | | | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions |
| **From the beginning of the fiscal year to filing date:** | From **01/01/2019** MM/DD/YYYY | to | Filing date | | **$0.00** |
| **For prior year:** | From **01/01/2018** MM/DD/YYYY | to | **12/31/2018** MM/DD/YYYY | **Sale of Tengasco Interest** | **$134,690.00** |
| **For the year before that:** | From **01/01/2017** MM/DD/YYYY | to | **12/31/2017** MM/DD/YYYY | | |

Debtor **Hoactzin Partners, L.P.** Case number (if known) **19-33545**
       Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | **Creditor's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Exhibit B** <br>Creditor's name <br><br>Street <br><br><br>City     State     ZIP Code | | | ☐ Secured debt <br>☐ Unsecured loan repayments <br>☐ Suppliers or vendors <br>☐ Services <br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | **Insider's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer** |
|---|---|---|---|---|
| 4.1. | **See Exhibit C** <br>Insider's name <br><br>Street <br><br><br>City     State     ZIP Code <br><br>**Relationship to debtor** <br>_____ | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

Debtor **Hoactzin Partners, L.P.** Case number (if known) **19-33545**
       Name

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Republic Helicopters, Inc. v. Prime 8 Offshore, LLC and Hoactzin Partners, L.P.** | | **58th District Court, Jefferson County T** | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** **A-0203505** | | | |
| 7.2. | **Republic Helicopters, Inc. v. Hoactzin Partners,L.P.** | | **32nd Dist. Court Terrebonne Parish, L** | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** **186152** | | | |
| 7.3. | **Hoactzin Partners, L.P. v. Fieldwood Energy LLC and Omimex Petroleum, Inc.** | | **U.S. District Court Southern/Houston** | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** **4:17-CV-03696** | | | |
| 7.4. | **Hoactzin Partners, L.P. v. Fieldwood Energy LLC and Omimex Petroleum, Inc.** | | **US District Court, Southern/Houston** | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** **4:17-CV-03696** | | | |

Debtor **Hoactzin Partners, L.P.** Case number (if known) **19-33545**
Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Westwind Helicopters, Inc. v. Prime 8 Offshore, Hoactzin Partners, LP, and Norman Ackerman** | | **122nd Dist. Court, Galveston County, T**<br>Name<br><br>Street<br><br>City    State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**18-CV-0068** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **QSLWM** | | | **$25,000.00** |

Address

**2001 Bryan Street**
Street
**Suite 1800**

**Dallas**            **TX**      **75201**
City                  State      ZIP Code

Email or website address

Who made the payment, if not debtor?

Debtor **Hoactzin Partners, L.P.** Case number (if known) **19-33545**
Name

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Dolphin Direct Equity Partners, L.P.**<br>**Address**<br>**PO Box 16867**<br>Street<br>**Fernandina, FL 32035**<br>City   State   ZIP Code<br>**Relationship to debtor**<br>**Limited Partner of Debtor** | **Sold Kingdom Notes** | **2017** | **$10,588,334.00** |
| 13.2. | **Dolphin Direct Equity Partners, L.P.**<br>**Address**<br>**PO Box 16867**<br>Street<br>**Fernandina, FL 32035**<br>City   State   ZIP Code<br>**Relationship to debtor**<br>**Limited Partner of Debtor** | **Sold Double Mountain Mining 1% Royalty** | **12/31/2018** | **$1,129,926.00** |
| 13.3. | **Dolphin Direct Equity Partners, L.P.**<br>**Address**<br>**PO Box 16867**<br>Street<br>**Fernandina, FL 32035**<br>City   State   ZIP Code<br>**Relationship to debtor**<br>**Limited Partner of Debtor** | **Sold Coal Royalties** | **07/31/2017** | **$1,405,494.00** |

Debtor __Hoactzin Partners, L.P._____ Case number (if known) __19-33545__
      Name

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.4. | **Tengasco, Inc.** | **Sold Tengasco Interest** | **07/2018** | **$134,690.00** |
| | Address | | | |
| | **8000 E. Maplewood Ave., Suite 130** Street | | | |
| | **Greenwood Village, CO 80111** | | | |
| | City     State   ZIP Code | | | |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

Debtor  **Hoactzin Partners, L.P.**  Case number (if known) **19-33545**
Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor **Hoactzin Partners, L.P.**　　　Case number (if known) **19-33545**
　　　　Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Charles M. Stivers** (Name)<br>**Stivers Enterprises LLC** (Street)<br>**118 Richmond Road**<br>**Manchester**　**KY**　**40962**<br>City　State　ZIP Code | From **09/2007** To **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

Official Form 207　　**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**　　page 9

Debtor  **Hoactzin Partners, L.P.**     Case number (if known) **19-33545**
　　　　　Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dolphin Direct Equity Partners L | PO Box 16867, Fernandina, FL 32035 | Limited Partner | 98% |
| Dolphin Advisors (Hoactzin), LL( | PO Box 16867, Fernandina, FL 32035 | General Partner | 1.31% |
| Philip K. Howard | 24 Gramercy Park, New York, NY 10003 | Limited Partner | 0.69% |
| Hugh Brooks | 2406 Vanderbilt Court, Rowlett, TX 75088 | CRO | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Exhibit C** | | | |

Name

Street

City　　　　　State　ZIP Code

**Relationship to debtor**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor  **Hoactzin Partners, L.P.**  Case number (if known) **19-33545**
        Name

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/26/2019**
        MM / DD / YYYY

X **/s/ Hugh Brooks**　　　　　　　　　　　　　　Printed name **Hugh Brooks**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor **Chief Restructuring Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
☑ Yes

9:03 AM
11/20/19

Case 19-33545-sgj7 Doc 44 Filed 11/26/19  Entered 11/26/19 14:58:53  Page 12 of 16

**Hoactzin Partners, L.P.**
## Check Detail
**July 26 through October 26, 2019**

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---:|---:|
| **Check** | | **08/19/2019** | **Bank Fee** | | **Sovereign Bank** | | **-24.10** |
| | | | | | Bank Fees | -24.10 | 24.10 |
| TOTAL | | | | | | -24.10 | 24.10 |
| **Check** | | **09/16/2019** | **ONRR** | | **Sovereign Bank** | | **-914.21** |
| | | | | | Interest Expense | -914.21 | 914.21 |
| TOTAL | | | | | | -914.21 | 914.21 |
| **Check** | | **09/26/2019** | **Bank Fee** | | **Sovereign Bank** | | **-18.08** |
| | | | | | Bank Fees | -18.08 | 18.08 |
| TOTAL | | | | | | -18.08 | 18.08 |
| **Check** | | **10/22/2019** | **Quilling Selander Cummiskey** | | **Sovereign Bank** | | **-25,000.00** |
| | | | | | Legal Fees | -25,000.00 | 25,000.00 |
| TOTAL | | | | | | -25,000.00 | 25,000.00 |
| **Check** | | **10/22/2019** | **Bank Fee** | | **Sovereign Bank** | | **-6.15** |
| | | | | | Bank Fees | -6.15 | 6.15 |
| TOTAL | | | | | | -6.15 | 6.15 |
| **Check** | **4774** | **07/31/2019** | **Cougar Offshore** | | **Sovereign Bank** | | **-5,920.00** |
| | | | | | contract Services | -5,920.00 | 5,920.00 |
| TOTAL | | | | | | -5,920.00 | 5,920.00 |
| **Check** | **4775** | **07/31/2019** | **Creel & Associates Inc.** | | **Sovereign Bank** | | **-517.92** |

9:03 AM
11/20/19

Case 19-33545-sgj7 Doc 44 Filed 11/26/19 Entered 11/26/19 14:58:53 Page 13 of 16

# Hoactzin Partners, L.P.
## Check Detail
### July 26 through October 26, 2019

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| | | | | | Regulatory expense | -517.92 | 517.92 |
| TOTAL | | | | | | -517.92 | 517.92 |
| Check | 4776 | 07/31/2019 | CT Corporation | | Sovereign Bank | | -675.00 |
| | | | | | Business Licenses and Permits | -675.00 | 675.00 |
| TOTAL | | | | | | -675.00 | 675.00 |
| Check | 4777 | 07/31/2019 | ERM CVS LTD | | Sovereign Bank | | -7,900.00 |
| | | | | | contract Services | -7,900.00 | 7,900.00 |
| TOTAL | | | | | | -7,900.00 | 7,900.00 |
| Check | 4778 | 07/31/2019 | Archrock Partners | | Sovereign Bank | | -6,411.75 |
| | | | | | Compressor Rental | -6,411.75 | 6,411.75 |
| TOTAL | | | | | | -6,411.75 | 6,411.75 |
| Check | 4779 | 07/31/2019 | Gulf Coast Chemical, LLC | | Sovereign Bank | | -204.60 |
| | | | | | Equipment and Tool Expenses | -204.60 | 204.60 |
| TOTAL | | | | | | -204.60 | 204.60 |
| Check | 4780 | 07/31/2019 | Island Operating Company | | Sovereign Bank | | -58,009.48 |
| | | | | | contract Services | -58,009.48 | 58,009.48 |
| TOTAL | | | | | | -58,009.48 | 58,009.48 |
| Check | 4781 | 07/31/2019 | J. Connor Consulting, Inc. | | Sovereign Bank | | -4,632.19 |
| | | | | | Regulatory expense | -4,632.19 | 4,632.19 |
| TOTAL | | | | | | -4,632.19 | 4,632.19 |

# Hoactzin Partners, L.P.
## Check Detail
### July 26 through October 26, 2019

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| Check | 4782 | 07/31/2019 | Kinetica | | Sovereign Bank | | -60,000.00 |
| | | | | | contract Services | -60,000.00 | 60,000.00 |
| TOTAL | | | | | | -60,000.00 | 60,000.00 |
| Check | 4783 | 07/31/2019 | Martindale Consultants | | Sovereign Bank | | -8,999.57 |
| | | | | | Professional Consulting | -8,999.57 | 8,999.57 |
| TOTAL | | | | | | -8,999.57 | 8,999.57 |
| Check | 4784 | 07/31/2019 | Martin Energy Services, LLC | | Sovereign Bank | | -6,635.47 |
| | | | | | Fuel and Oil | -6,635.47 | 6,635.47 |
| TOTAL | | | | | | -6,635.47 | 6,635.47 |
| Check | 4785 | 07/31/2019 | Nova Technical Services LTD | | Sovereign Bank | | -14,476.00 |
| | | | | | contract Services | -14,476.00 | 14,476.00 |
| TOTAL | | | | | | -14,476.00 | 14,476.00 |
| Check | 4786 | 07/31/2019 | Open Door Solutions | | Sovereign Bank | | -592.91 |
| | | | | | Office Expense/Supplies | -592.91 | 592.91 |
| TOTAL | | | | | | -592.91 | 592.91 |
| Check | 4787 | 07/31/2019 | Pinnacle Engineering | | Sovereign Bank | | -41,292.67 |
| | | | | | Engineering Services | -41,292.67 | 41,292.67 |
| TOTAL | | | | | | -41,292.67 | 41,292.67 |
| Check | 4788 | 07/31/2019 | Stokes & Spiehler Offshore | | Sovereign Bank | | -350.00 |
| | | | | | contract Services | -350.00 | 350.00 |

9:03 AM
11/20/19

Case 19-33545-sgj7 Doc 44 Filed 11/26/19  Entered 11/26/19 14:58:53  Page 15 of 16

Hoactzin Partners, L.P.
**Check Detail**
**July 26 through October 26, 2019**

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | -350.00 | 350.00 |
| Check | 4789 | 07/31/2019 | Safcon, Inc | | Sovereign Bank | | -4,623.00 |
| | | | | | Environmental and Safety | -4,623.00 | 4,623.00 |
| TOTAL | | | | | | -4,623.00 | 4,623.00 |
| Check | 4790 | 07/31/2019 | United Vision Logistics | | Sovereign Bank | | -4,052.13 |
| | | | | | Trucking/ Transportation | -4,052.13 | 4,052.13 |
| TOTAL | | | | | | -4,052.13 | 4,052.13 |
| Check | 4791 | 07/31/2019 | VWV Services LLC | | Sovereign Bank | | -1,894.30 |
| | | | | | contract Services | -1,894.30 | 1,894.30 |
| TOTAL | | | | | | -1,894.30 | 1,894.30 |
| Check | 4792 | 07/31/2019 | Worldwide Energy Services, Inc. | | Sovereign Bank | | -1,200.00 |
| | | | | | marketing charges | -1,200.00 | 1,200.00 |
| TOTAL | | | | | | -1,200.00 | 1,200.00 |
| Check | 4793 | 08/06/2019 | Cougar Offshore | | Sovereign Bank | | -6,120.00 |
| | | | | | contract Services | -6,120.00 | 6,120.00 |
| TOTAL | | | | | | -6,120.00 | 6,120.00 |

9:08 AM
11/20/19
Accrual Basis

Hoactzin Partners, L.P.
Transactions by Account
As of October 26, 2019

Case 19-33545-sgj7 Doc 44 Filed 11/26/19    Entered 11/26/19 14:58:53    Page 16 of 16

## EXHIBIT C

| | Type | Date | Num | Payment To | Payment From | Payment For | Memo | Amount Paid | Explanation |
|---|---|---|---|---|---|---|---|---:|---|
| **DDIR** | | | | | | | | | |
| | Wire | 10/30/2018 | | | Dolphin Direct Equity Partners, L.P | First Universal Management Co | Bond Premium | 213,900.00 | Loan to Hoactzin - Payment made for bond premiums |
| | Transfer | 11/06/2018 | | | Dolphin Direct Equity Partners, L.P | | Funds Transfer | 195,000.00 | Loan to Hoactzin |
| | Wire | 11/30/2018 | | | Dolphin Direct Equity Partners, L.P | Fairfield Industries | Seismic Data | 39,500.00 | Loan to Hoactzin - Payment made for seismic data |
| | Check | 12/07/2018 | | Dolphin Direct Equity Partners, L.P | | | | -400,000.00 | Loan Repayment |
| | JE | 01/01/2019 | | | Dolphin Direct Equity Partners, L.P | Accounting Expense | | 24,000.00 | Loan to Hoactzin - Intercompany charge for Accounting work |
| | Transfer | 01/03/2019 | | | Dolphin Direct Equity Partners, L.P | | Funds Transfer | 145,000.00 | Loan to Hoactzin |
| | Transfer | 02/04/2019 | | | Dolphin Direct Equity Partners, L.P | | Funds Transfer | 175,000.00 | Loan to Hoactzin |
| | Transfer | 02/12/2019 | | | Dolphin Direct Equity Partners, L.P | | Funds Transfer | 38,000.00 | Loan to Hoactzin |
| | Transfer | 03/18/2019 | | | Dolphin Direct Equity Partners, L.P | | Funds Transfer | 180,000.00 | Loan to Hoactzin |
| | Transfer | 04/02/2019 | | | Dolphin Direct Equity Partners, L.P | | Funds Transfer | 165,000.00 | Loan to Hoactzin |
| | Transfer | 05/02/2019 | | | Dolphin Direct Equity Partners, L.P | | Funds Transfer | 304,057.00 | Loan to Hoactzin |
| | Check | 05/07/2019 | | Dolphin Direct Equity Partners, L.P | | | | -150,000.00 | Loan Repayment |
| | Transfer | 06/13/2019 | | | Dolphin Direct Equity Partners, L.P | | Funds Transfer | 195,000.00 | Loan to Hoactzin |
| | JE | 07/02/2019 | | | Dolphin Direct Equity Partners, L.P | Accounting Expense | | 24,000.00 | Loan to Hoactzin - Intercompany charge for Accounting work |
| | Transfer | 07/15/2019 | | | Dolphin Direct Equity Partners, L.P | | Funds Transfer | 283,000.00 | Loan to Hoactzin |
| | Transfer | 07/17/2019 | | | Dolphin Direct Equity Partners, L.P | | Funds Transfer | 22,000.00 | Loan to Hoactzin |
| | JE | 07/25/2019 | | | Dolphin Direct Equity Partners, L.P | Office of Natural Resources | Permit Fees | 8,415.00 | Loan to Hoactzin - Permit Fees |
| | JE | 07/31/2019 | | | Dolphin Direct Equity Partners, L.P | American Express Charges | | 2,473.30 | Loan to Hoactzin - Various administrative charges |
| | Transfer | 08/22/2019 | | | Dolphin Direct Equity Partners, L.P | | Funds Transfer | 242,000.00 | Loan to Hoactzin |
| | Wire | 09/06/2019 | | | Dolphin Direct Equity Partners, L.P | First Universal Management Co. | Bond Premium | 72,534.00 | Loan to Hoactzin - Payment made for bond premiums |
| | Wire | 09/13/2019 | | | Dolphin Direct Equity Partners, L.P | Charles Stivers | Tax Return Prep | 4,850.00 | Loan to Hoactzin - Payment made for tax return preparation |
| Total DDIR | | | | | | | | 1,783,729.30 | |
| **TOTAL** | | | | | | | | 1,783,729.30 | |