

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 14, 2020**

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| HOACTZIN PARTNERS, L.P. § | |
| § | CASE NO. 19-33545-sgj-11 |
| § | (Chapter 11) |
| DEBTOR § | |

## ORDER APPROVING EMPLOYMENT OF QUILLING, SELANDER, LOWNDS WINSLETT & MOSER, P.C. AS GENERAL COUNSEL TO THE DEBTOR

On this date, came on for consideration the Application to Employ Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM"), as General Counsel to the Debtor (the "Application") in the above-referenced case. The Court, having considered the Application and noting that proper notice of the Application was given to proper parties, finds as follows:

1. On October 26, 2019 (the "Petition Date"), Debtor, Hoactzin Partners, L.P. filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), commencing its above-styled bankruptcy case.

2. The Debtor remains in possession of its assets and is continuing to operate and manage its business as a debtor in possession.

3. The Debtor filed the Application seeking this Court's approval to employ QSLWM as its general bankruptcy counsel in this case.

4. QSLWM meets the criteria for employment of counsel and has complied with the requirements of section 327 of the Bankruptcy Code and Bankruptcy Rule 2014.  The Court finds and concludes that QSLWM is disinterested and represents no interest adverse to the estate in the matters upon which QSLWM is to be engaged by the Debtor.

5. The Debtor's proposed employment of QSLWM, on the terms and at the hourly rates set forth in the Application, is appropriate and in the best interest of the Debtor's bankruptcy estate.

6. Pursuant to section 102(1) of the Bankruptcy Code, the notice and opportunity for a hearing provided in connection with the Application and this Order were appropriate under the circumstances of this case.

IT IS THEREFORE ORDERED that the Application is granted.

IT IS FURTHER ORDERED that the employment of QSLWM as general bankruptcy counsel for Debtor is hereby APPROVED,

IT IS FURTHER ORDERED, that QSLWM shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, any applicable Federal Rules of Bankruptcy Procedure, the Local Rules for the United States Bankruptcy Court for the Northern District of Texas, the Guidelines established by the U.S. Trustee, and any procedures as fixed by further order of this Court.

###END OF ORDER###

Submitted by:

Hudson M. Jobe
Timothy A. York
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 – Telephone
(214) 871-2111 – Facsimile
Email: hjobe@qslwm.com
Email: tyork@qslwm.com