## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **HOACTZIN PARTNERS, L.P.** | § | **CASE NO. 19-33545-sgj-11** |
| | § | |
| **Debtor.** | § | **(Chapter 11)** |

## NOTICE OF PERFECTION OF LIEN PURSUANT TO SECTION 546(b)

Island Operating Company, Inc. ("Island Operating") files this notice pursuant to 11 U.S.C. § 546(b) to perfect certain liens (the "Subject O&G Liens") against property of Hoactzin Partners, L.P. (the "Debtor") as set forth in the Statements of Privilege and Notice of Lien on Oil/Gas Wells filed with Terrebonne Parish in Louisiana on January 22, 2020, File #:1596773, as attached hereto as Exhibit A (the "Lien Statement").

1.      Overview. Prior to the date of commencement of the Debtor's bankruptcy case, Island Operating furnished labor, services, material, equipment, and/or supplies under contract with the Debtor for the development and production of Debtor's oil and/or gas wells in the state of Louisiana (the "Subject O&G Wells") as set forth in the Lien Statement for which Island Operating has not been paid.

2.      Louisiana O&G Lien Claims.  The principal indebtedness owed by the Debtor to Island Operating on account of the labor, services, material, equipment, and/or supplies that are the subject of the Lien Statement is an amount of $41,900.22, exclusive of interest, fees and costs. La. Rev. Stat. 9:4862.

3.      Property Interest Encumbered. The Subject O&G Liens attach to and encumber the Debtor's operating interests in the Subject O&G Wells together with related interests of the Debtor in wells, buildings, tanks, leasehold pipelines, constructions and facilities on the well sites, movables on the wells site used in operations, tracts of land, servitudes, drillings and other rigs

located at the wells site, hydrocarbons and any other property provided for in La. Rev. Stat. 9:4861, *et. seq.* (the "Subject Property").

4.     Lien Perfection Notice. Island Operating may be required under applicable state law to file suit or take other actions to (i) perfect, maintain or continue perfection of its oil and gas liens or (ii) to foreclose its oil and gas liens. **Island Operating hereby gives notice in lieu of commencement of such actions to perfect, maintain or continue perfection of Island Operating interest in the Subject Property pursuant to 11 U.S.C. § 546(b), including but not limited to the filing of a lawsuit to enforce and/or foreclose the Subject O&G Liens, and the service of notice on purchasers of production of hydrocarbons from the Subject Property.**

5.     Reservation of Rights. Island Operating reserves the right to supplement and/or amend this Notice. Island Operating further reserves all rights under applicable law.

Dated: January 29, 2020.

DIAMOND McCARTHY LLP

*/s/ Charles M. Rubio*
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
(713) 333-5127 Telephone
(713) 333-5195 Facsimile
909 Fannin, Suite 3700
Houston, TX 77010

*COUNSEL FOR ISLAND*
*OPERATING COMPANY, INC.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2020, a true and correct copy of the foregoing document was served upon all parties requesting notice and service of pleadings pursuant to the CM/ECF electronic notification system.

/s/ *Charles M. Rubio*
Charles M. Rubio

Exhibit A

Lien Statement

## Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

**Received From :**
Attn: TAYLOR C GRANGER
NEUNERPATE
ONE PETROLEUM CENTER, STE 200
1001 WEST PINHOOK RD
LAFAYETTE, LA 70503

**First MORTGAGOR**

HOACTZIN PARTNERS L P

**First MORTGAGEE**

ISLAND OPERATING CO INC

Index Type : MORTGAGES       File # : 1596773

Type of Document : LIEN

      Book : 3125     Page : 534

Recording Pages :     17

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

On (Recorded Date) : 01/22/2020

At (Recorded Time) : 1:55:47PM

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached
document that was filed for registry and
Recorded 01/22/2020 at 1:55:47
Recorded in Book 3125 Page 534
File Number 1596773

*Lisa B Burple*
Deputy Clerk

Doc ID - 014943850017

**Return To :** Attn: TAYLOR C GRANGER
NEUNERPATE
ONE PETROLEUM CENTER, STE 200
1001 WEST PINHOOK RD
LAFAYETTE, LA 70503

Do not Detach this Recording Page from Original Document

**STATE OF TEXAS**

**PARISH/COUNTY OF HARRIS**

**STATEMENT OF PRIVILEGE**
**AND NOTICE OF LIEN ON OIL/GAS WELLS**

**BEFORE ME,** the undersigned authority, a Notary Public in and for the Parish/County and State set forth above, duly commissioned and qualified, personally came and appeared Gregg Falgout who, being first duly sworn, did depose and say:

**THAT** he is the President and CEO and authorized agent of Island Operating Company, Inc., a Louisiana business corporation whose principal office address is 8550 United Plaza Blvd., Baton Rouge, Louisiana 70809 (hereinafter referred to as "Island"), and, as such, is personally informed as to the matters contained herein, and is duly authorized to execute this Statement of Privilege and Notice of Lien on Oil/Gas Wells on behalf of Island;

**THAT** Island is in the business of providing equipment, supplies, transportation, personnel, and/or other services in connection with the drilling, exploration, production and operation of oil and/or gas wells in the State of Louisiana;

**THAT** in pursuit of this business, Island provided equipment, supplies, transportation, personnel, and/or other services to Hoactzin Partners, L.P. ("Hoactzin"), which, upon information and belief, is a Delaware partnership whose address according to the records of the Bureau of Safety and Environmental Enforcement is 129 East 17th Street, New York, New York 10003, and whose Principal Business Establishment in Louisiana as listed with the Louisiana Secretary of State is 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana 70808. Hoactzin's General Partner as listed with the Louisiana Secretary of State is Dolphin Advisors (Hoactzin), LLC. Island's equipment, supplies, transportation, personnel, and/or other services to Hoactzin were provided from July through November of 2019 in connection with the exploration, production, and operation of the oil and/or gas wells operated by Hoactzin located in Ship Shoal surface Blocks 145 and 144 in the Gulf of Mexico adjacent to Terrebonne Parish, Louisiana as shown by the records of the US Bureau of Safety and Environmental Enforcement, and upon information and belief, described as follows as respects the particular invoices corresponding to the respective

listed wells, to wit:

| API No. | Company | Well Name/No. | BSEE Block | Island Invoices |
|---------|---------|---------------|------------|-----------------|
| 177114140501 | Hoactzin Partners, L.P. | E-1 | SS 145 | 0281474*, 0284289*, 0284499, 0284638, 0284687, 0284943*, 0285464, 0285592, 0287600* |
| 177114141400 | Hoactzin Partners, L.P. | E-2 | SS 145 | 0281474*, 0284289*, 0284499, 0284638, 0284687, 0284943*, 0285464, 0285592, 0287600* |
| 177114143701 | Hoactzin Partners, L.P. | # 1 | SS 144 | 0284174*, 0284289*, 0284500, 0284686, 0284943*, 0285254, 0285593, 0287600* |

hereinafter referred to as the "Wells".

[*The "*" indicates invoices which were jointly billed to SS 144 and SS 145 and equally attributed to SS 144 # 1 Well (50%) and SS 145 E-1 & E-2 Wells (50%).*]

THAT, Island provided such equipment, supplies, transportation, personnel, and/or other services to Hoactzin from July 1, 2019 through November 7, 2019 for the total sum of FORTY-ONE THOUSAND NINE HUNDRED DOLLARS AND 22/100 CENTS ($41,900.22), payment on which Hoactzin is obligated to Island and remains due and owing, as set forth in Island Invoices 0284174, 0284289, 0284499, 0284500, 0284638, 0284686, 0284687, 0284943, 0285254, 0285464, 0285592, 0285593 and 0287600 which are listed in the above table and attached hereto and made a part hereof as Exhibit "A" *in globo* ("the Subject Invoices"). The amounts due and owing as set forth more fully in the Subject Invoices for the provision of equipment, supplies, transportation, personnel, and/or other services for and/or under which this Statement of Privilege and Notice of Lien on Oil/Gas Wells are secured as follows:

- The amount of TWENTY THOUSAND TWO HUNDRED FORTY-TWO DOLLARS AND 81/100 CENTS ($20,242.81) is secured by the Property Subject to Privilege (as set forth more fully in the following paragraph) as respects SS 144 # 1 Well under OCS surface Lease G34831; and

- The amount of TWENTY-ONE THOUSAND EIGHT HUNDRED SEVEN DOLLARS AND 0/100 CENTS ($21,807.00) is secured by the Property Subject to Privilege (as set forth more fully in the following paragraph) as respects SS 145 E-1 and E-2 Wells under OCS surface Lease G34831.

THAT this Statement of Privilege and Notice of Lien on Oil/Gas Well is made on behalf

of Island pursuant to the Outer Continental Shelf Lands Act, 43 U.S.C. 1333, *et seq.*, and the Louisiana Oil Well Lien Act, La. R.S. 9:4861, *et seq.*, to secure the payment of the sums under The Subject Invoices, plus contractual and/or legal interest, the cost of preparing and filing this statement of privilege and notice of lis pendens, reasonable attorney fees for the attorneys employed on behalf of Island to enforce the obligations of Hoactzin, and all attorney fees, expenses and rights granted to Island under Louisiana's Open Account Statute, La R.S. 9:2781, by preserving a lien and privilege on all property subject to privilege under the Louisiana Oil Well Lien Act, La. R.S. 9:4861, *et seq.* to the maximum extent allowable by law, with regard to the Wells and their related leases and operating interests as respects those invoice amounts which correspond to the particular Wells set forth herein, which property subject to privilege includes but is not limited to the following:

(a) the operating interest in the Wells,

(b) the wells, buildings, tanks, leasehold pipelines, and other constructions or facilities on the Wells' site,

(c) all movables on the Wells' site, other than those statutorily excluded for repair, testing, or other temporary use;

(d) the lease covering the site of the Wells' operating interest,

(e) any rig located on the Wells' site,

(f) the interests of the operator(s) and participating lessee(s) in hydrocarbons produced from the operating interests and the interests of non-participating lessee(s) in hydrocarbons produced from that part of his/her/its operating interest,

(g) any and all proceeds received by, and the obligations owed to, lessees from the disposition of hydrocarbons

(all of the foregoing are collectively referred to as "the Property Subject to Privilege").

**By and on behalf of Island Operating Co., Inc.,**

_____

Gregg Falgout
President and CEO of Island Operating Co., Inc.

SUBSCRIBED AND SWORN TO before me on this 7 day of December 2019, in the

city of Houston , State of Texas .

_____
Notary Public

LINDA HEFNER
NOTARY PUBLIC
STATE OF TEXAS
ID# 130030312
EXPIRES 11-19-2022

# Invoice

**Island** Operating Company, Inc.

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

| | |
|---|---|
| **INVOICE NUMBER:** | 0284174 |
| **INVOICE DATE:** | 7/25/2019 |

***PLEASE REMIT TO:***
***ISLAND OPERATING CO., INC***
***LOCK BOX***
***P. O. BOX 27783***
***HOUSTON, TX 77227-7783***

| | |
|---|---|
| **CUSTOMER NO:** | 03-HOACTZI |
| **CUSTOMER P.O.:** | Loop 39 |
| **SALES TAX CODE:** | LA |

HOACTZIN PARTNERS, L.P.
PO BOX 16867
FERNANDINA BEACH, FL 32035

KELLI SMITH

**LOCATION:** SS 145 E & SS 144 #1

| Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|
| | Operating Services for the Month of July, 2019 | | | | |
| H-L39 | Operating Services | MO    1.000 | 8,500.000 | 8,500.00 | NT |



EXHIBIT
A

| | |
|---|---|
| SUBTOTAL | 8,500.00 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL** | **8,500.00** |

Page 1 of 1

# Invoice

**Island** Operating Company, Inc.
P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

**PLEASE REMIT TO:**
**ISLAND OPERATING CO., INC**
**LOCK BOX**
**P. O. BOX 27783**
**HOUSTON, TX 77227-7783**

HOACTZIN PARTNERS, L.P.
PO BOX 16867
FERNANDINA BEACH, FL 32035

**INVOICE NUMBER:** 0284289

**INVOICE DATE:** 7/31/2019

**CUSTOMER NO:** 03-HOACTZI

**CUSTOMER P.O.:** Loop 39

**SALES TAX CODE:** LA

KELLI SMITH

**LOCATION:** SS 144 #1 / SS 145E

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| 39L | Donald Deshotel 7/19-7/20 | HRS | 26.000 | 64.750 | 1,683.50 | NT |

| | |
|---|---|
| SUBTOTAL | 1,683.50 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL** | **1,683.50** |

# Invoice

**Island** Operating Company, Inc.

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

**PLEASE REMIT TO:**
**ISLAND OPERATING CO., INC**
**LOCK BOX**
**P. O. BOX 27783**
**HOUSTON, TX 77227-7783**

HOACTZIN PARTNERS, L.P.
PO BOX 16867
FERNANDINA BEACH, FL 32035

**INVOICE NUMBER:** 0284499
**INVOICE DATE:** 7/31/2019

**CUSTOMER NO:** 03-HOACTZI
**CUSTOMER P.O.:** Loop 39
**SALES TAX CODE:** LA

KELLI SMITH                         **LOCATION:** SS 145E

| Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|
| RB-39 | Safeworx# 3885 7/19-7/21 | EA | 1.000 | 1,511.130 | 1,511.13 | NT |

|  |  |
|---|---|
| SUBTOTAL | 1,511.13 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL** | **1,511.13** |

**Invoice**

**Island** Operating Company, Inc.

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

**PLEASE REMIT TO:**
**ISLAND OPERATING CO., INC**
**LOCK BOX**
**P. O. BOX 27783**
**HOUSTON, TX 77227-7783**

HOACTZIN PARTNERS, LP.
PO BOX 16867
FERNANDINA BEACH, FL 32035

**INVOICE NUMBER:** 0284500
**INVOICE DATE:** 7/31/2019

**CUSTOMER NO:** 03-HOACTZI
**CUSTOMER P.O.:** Loop 39
**SALES TAX CODE:** LA

KELLI SMITH                                          **LOCATION:**   SS 144

| Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|
| RB-39 | Safeworx# 3885 7/19-7/21 | EA    1.000 | 1,511.130 | 1,511.13 | NT |

|  |  |
|---|---|
| SUBTOTAL | 1,511.13 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL** | **1,511.13** |

# **Island** Operating Company, Inc.

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

**Invoice**

**INVOICE NUMBER:** 0284638

**INVOICE DATE:** 7/31/2019

**PLEASE REMIT TO:**
**ISLAND OPERATING CO., INC**
**LOCK BOX**
**P. O. BOX 27783**
**HOUSTON, TX 77227-7783**

**CUSTOMER NO:** 03-HOACTZI

**CUSTOMER P.O.:** Loop 39

**SALES TAX CODE:** LA

HOACTZIN PARTNERS, L.P.
PO BOX 16867
FERNANDINA BEACH, FL 32035

KELLI SMITH

**LOCATION:** SS 145E

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| | MV Ms Taylor 7/1-7/31 | | | | | |
| RB-39 | GOL# 35644 | EA | 1.500 | 156.250 | 234.38 | NT |
| RB-39 | Fuel | EA | 38.000 | 2.260 | 85.88 | NT |
| RB-39 | Lube | EA | 0.250 | 11.000 | 2.75 | NT |

| | |
|---|---|
| SUBTOTAL | 323.01 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL** | **323.01** |

# **Island** Operating Company, Inc.

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

## Invoice

**PLEASE REMIT TO:**
**ISLAND OPERATING CO., INC**
**LOCK BOX**
**P. O. BOX 27783**
**HOUSTON, TX 77227-7783**

HOACTZIN PARTNERS, LP.
PO BOX 16867
FERNANDINA BEACH, FL 32035

| | |
|---|---|
| **INVOICE NUMBER:** | 0284686 |
| **INVOICE DATE:** | 7/31/2019 |
| **CUSTOMER NO:** | 03-HOACTZI |
| **CUSTOMER P.O.:** | Loop 40 |
| **SALES TAX CODE:** | LA |

KELLI SMITH

**LOCATION:** SS 144

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| | MV Marc C 7/1-7/31 | | | | | |
| 40 | GOL# 35705(Hourly) | EA | 15.000 | 156.250 | 2,343.75 | NT |
| 40 | Fuel | EA | 365.000 | 2.300 | 839.50 | NT |
| 40 | Lube | EA | 1.250 | 20.460 | 25.58 | NT |

| | |
|---|---|
| SUBTOTAL | 3,208.83 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL** | **3,208.83** |

# **Invoice**

# **Island** Operating Company, Inc.

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

**PLEASE REMIT TO:**
**ISLAND OPERATING CO., INC**
**LOCK BOX**
**P. O. BOX 27783**
**HOUSTON, TX 77227-7783**

HOACTZIN PARTNERS, L.P.
PO BOX 16867
FERNANDINA BEACH, FL 32035

| | |
|---|---|
| **INVOICE NUMBER:** | 0284687 |
| **INVOICE DATE:** | 7/31/2019 |
| **CUSTOMER NO:** | 03-HOACTZI |
| **CUSTOMER P.O.:** | Loop 40 |
| **SALES TAX CODE:** | LA |

KELLI SMITH                     **LOCATION:**     SS 145

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| | MV Marc C 7/1-7/31 | | | | | |
| 40 | GOL# 35705(Hourly) | EA | 15.500 | 156.250 | 2,421.88 | NT |
| 40 | Fuel | EA | 372.000 | 2.300 | 855.60 | NT |
| 40 | Lube | EA | 1.250 | 20.460 | 25.58 | NT |

| | |
|---|---|
| SUBTOTAL | 3,303.06 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL** | **3,303.06** |

# Invoice

**Island** Operating Company, Inc.

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

Page 1 of 1

|  |  |
|---|---|
| **INVOICE NUMBER:** | 0284943 |
| **INVOICE DATE:** | 8/25/2019 |

**PLEASE REMIT TO:**
**ISLAND OPERATING CO., INC**
**LOCK BOX**
**P. O. BOX 27783**
**HOUSTON, TX 77227-7783**

HOACTZIN PARTNERS, LP.
PO BOX 16867
FERNANDINA BEACH, FL 32035

|  |  |
|---|---|
| **CUSTOMER NO:** | 03-HOACTZI |
| **CUSTOMER P.O.:** | Loop 39 |
| **SALES TAX CODE:** | LA |

KELLI SMITH

**LOCATION:** SS 145 E & SS 144 #1

| Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|
| | Operating Services for the month of August, 2019 | | | | |
| H-L39 | Operating Services | MO | 1.000 | 8,500.000 | 8,500.00 | NT |

|  |  |
|---|---|
| SUBTOTAL | 8,500.00 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL** | **8,500.00** |

# Invoice

**Island** Operating Company, Inc.

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

**PLEASE REMIT TO:**
**ISLAND OPERATING CO., INC**
**LOCK BOX**
**P. O. BOX 27783**
**HOUSTON, TX 77227-7783**

HOACTZIN PARTNERS, LP.
PO BOX 16867
FERNANDINA BEACH, FL 32035

| | |
|---|---|
| **INVOICE NUMBER:** | 0285254 |
| **INVOICE DATE:** | 8/31/2019 |
| **CUSTOMER NO:** | 03-HOACTZI |
| **CUSTOMER P.O.:** | Loop 39 |
| **SALES TAX CODE:** | LA |

KELLI SMITH                     **LOCATION:**     SS 144

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| RB-39 | Safeworx# 3916 8/9 | EA | 1.000 | 830.500 | 830.50 | NT |

| | |
|---|---|
| SUBTOTAL | 830.50 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL** | **830.50** |

# Invoice

**Island** Operating Company, Inc.

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

INVOICE NUMBER: 0285464

INVOICE DATE: 8/31/2019

*PLEASE REMIT TO:*
*ISLAND OPERATING CO., INC*
*LOCK BOX*
*P. O. BOX 27783*
*HOUSTON, TX 77227-7783*

CUSTOMER NO: 03-HOACTZI

CUSTOMER P.O.: Loop 39

SALES TAX CODE: LA

HOACTZIN PARTNERS, L.P.
PO BOX 16867
FERNANDINA BEACH, FL 32035

KELLI SMITH

LOCATION: SS 145E

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| RB-39 | Flight Time 8/13 | EA | 0.900 | 1,496.000 | 1,346.40 | NT |

| | |
|---|---|
| SUBTOTAL | 1,346.40 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL** | **1,346.40** |

# *Island* Operating Company, Inc.

**Invoice**

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

**PLEASE REMIT TO:**
**ISLAND OPERATING CO., INC**
**LOCK BOX**
**P. O. BOX 27783**
**HOUSTON, TX 77227-7783**

HOACTZIN PARTNERS, L.P.
PO BOX 16867
FERNANDINA BEACH, FL 32035

| | |
|---|---|
| **INVOICE NUMBER:** | 0285592 |
| **INVOICE DATE:** | 8/31/2019 |
| **CUSTOMER NO:** | 03-HOACTZI |
| **CUSTOMER P.O.:** | Loop 40 |
| **SALES TAX CODE:** | LA |

KELLI SMITH

**LOCATION:** SS 145

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| | MV Marc C 8/1-8/31 | | | | | |
| 40 | GOL# 35980 (Hourly) | EA | 21.000 | 156.250 | 3,281.25 | NT |
| 40 | Fuel | EA | 670.000 | 2.250 | 1,507.50 | NT |
| 40 | Lube | EA | 2.750 | 18.780 | 51.65 | NT |

| | |
|---|---|
| SUBTOTAL | 4,840.40 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL** | **4,840.40** |

# Invoice

**Island** Operating Company, Inc.

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

**INVOICE NUMBER:** 0285593

**INVOICE DATE:** 8/31/2019

**PLEASE REMIT TO:**
**ISLAND OPERATING CO., INC**
**LOCK BOX**
**P. O. BOX 27783**
**HOUSTON, TX 77227-7783**

**CUSTOMER NO:** 03-HOACTZI

**CUSTOMER P.O.:** Loop 40

**SALES TAX CODE:** LA

HOACTZIN PARTNERS, LP.
PO BOX 16867
FERNANDINA BEACH, FL 32035

KELLI SMITH

**LOCATION:** SS 144

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| | MV Marc C 8/1-8/31 | | | | | |
| 40 | GOL# 35980 (Hourly) | EA | 19.000 | 156.250 | 2,968.75 | NT |
| 40 | Fuel | EA | 597.000 | 2,250 | 1,343.25 | NT |
| 40 | Lube | EA | 2.500 | 18.780 | 46.95 | NT |

| | |
|---|---|
| SUBTOTAL | 4,358.95 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | 4,358.95 |

# Invoice

**Island** Operating Company, Inc.

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

| | |
|---|---|
| **INVOICE NUMBER:** | 0287600 |
| **INVOICE DATE:** | 11/25/2019 |

**\*\*\*\*PLEASE NOTE NEW REMIT TO ADDRESS\*\*\*\***

*ISLAND OPERATING CO., INC*
*DEPT 3998*
*P. O. BOX 123998*
*DALLAS, TX 75312-3998*

| | |
|---|---|
| **CUSTOMER NO:** | 03-HOACTZI |
| **CUSTOMER P.O.:** | Loop 39 |
| **SALES TAX CODE:** | LA |

HOACTZIN PARTNERS, L.P.
PO BOX 16867
FERNANDINA BEACH, FL 32035

KELLI SMITH

**LOCATION:** SS 145 E & SS 144 #1

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| | Operating Services for the Month of November, 2019 | | | | | |
| | Eff 11/8/19 - Contract termed | | | | | |
| | 11/1-11/7 - $8,500.00/Month (Pro-Rated) | | | | | |
| H-L39 | Operating Services | MO | 7.000 | 283.330 | 1,983.31 | NT |

| | |
|---|---|
| SUBTOTAL | 1,983.31 |
| SALES TAX | 0.00 |
| **INVOICE TOTAL** | **1,983.31** |