

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 12, 2020**

_____
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HOACTZIN PARTNERS, L.P. | § | |
| | § | CASE NO. 19-33545-SGI-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

### ORDER CONVERTING CASE TO A CASE UNDER CHAPTER 7
### [Relates to Dkt. Nos. 47, 48 and 53]

On February 10, 2020, the Court held a hearing (the "Hearing") on the Motion of the United States Trustee to Dismiss or in the Alternative to Convert Case to Chapter 7 (Docket Nos. 47 and 48) (the "Trustee's Motion") and the Joinder therein filed by Republic Helicopters, Inc. (Docket No. 53) (the "Joinder" and, together with the Trustee's Motion, the "Motion"). The Court, having reviewed the Motion and all supporting documents, and having considered the testimony and other evidence introduced at the Hearing, made certain findings and conclusions on the record, all of which are incorporated herein as if fully set forth at length. Specifically, the Court found that there is a continuing loss to or diminution of the Debtor's estate and there is an absence of a reasonable likelihood of rehabilitation. As such, there is cause for the Court to convert this case to a case under Chapter 7 (Bankruptcy Code §§ 701 *et seq.*) or to dismiss this case.

The Court, having determined that the conversion of this case to a case under Chapter 7 is in the best interest of the creditors and the estate; and it appearing that proper and adequate notice of the Motion has been given, it is

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED and this case is converted to a Chapter 7 case, effective as of the entry of this Order, pursuant to Bankruptcy Code Section 1112(b)(4)(A).

2. Notwithstanding any Bankruptcy Rule or local rule to the contrary, this Order shall be effective and enforceable upon its entry.

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation, implementation, or enforcement of this Order.

4. The United States Trustee is directed to appoint a Chapter 7 trustee in due course.

### END OF ORDER ###

Submitted by:

William R. Sudela
State Bar No. 19463300
Email: wsudela@cjmlaw.com
J. Daniel Long
State Bar No. 24036985
Email: dlong@cjmlaw.com
Elizabeth A. Harris
State Bar No. 24074367
Email: eharris@cjmhlaw.com
Kendall V. Speer
State Bar No. 24077954
Email: kspeer@cjmhlaw.com
CRADY JEWETT McCULLEY & HOUREN LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125
Phone: (713) 739-7007
Fax:  (713) 739-8403

*Attorneys for Republic Helicopters, Inc.*