THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOACTZIN PARTNERS, L.P. | § | CASE NO. 19-33545-sgj-11 |
| | § | |
| Debtor. | § | (Chapter 11) |

**AMENDED NOTICE OF PERFECTION OF LIEN PURSUANT TO SECTION 546(b)**

Island Operating Company, Inc. ("Island Operating") files this amended notice (the "Amended Notice") pursuant to 11 U.S.C. § 546(b) to perfect certain liens (the "Subject O&G Liens") against property of Hoactzin Partners, L.P. (the "Debtor") as set forth in the Amended and Supplemented Statement of Privilege and Notice of Lien on Oil/Gas Wells filed with Terrebonne Parish in Louisiana on February 24, 2020, File #:1598868, as attached hereto as Exhibit A (the "Lien Statement"). This Amended Notice amends and supplements the original notice filed at ECF 73.

1. Overview. Prior to the date of commencement of the Debtor's bankruptcy case, Island Operating furnished labor, services, material, equipment, and/or supplies under contract with the Debtor for the development and production of Debtor's oil and/or gas wells in the state of Louisiana (the "Subject O&G Wells") as set forth in the Lien Statement for which Island Operating has not been paid.

2. Louisiana O&G Lien Claims. The principal indebtedness owed by the Debtor to Island Operating on account of the labor, services, material, equipment, and/or supplies that are the subject of the Lien Statement is an amount of $68,213.50, exclusive of interest, fees and costs. La. Rev. Stat. 9:4862.

3. Property Interest Encumbered. The Subject O&G Liens attach to and encumber the Debtor's operating interests in the Subject O&G Wells together with related interests of the Debtor

in wells, buildings, tanks, leasehold pipelines, constructions and facilities on the well sites, movables on the wells site used in operations, tracts of land, servitudes, drillings and other rigs located at the wells site, hydrocarbons and any other property provided for in La. Rev. Stat. 9:4861, *et. seq*. (the "Subject Property").

4. Lien Perfection Notice. Island Operating may be required under applicable state law to file suit or take other actions to (i) perfect, maintain or continue perfection of its oil and gas liens or (ii) to foreclose its oil and gas liens. **Island Operating hereby gives notice in lieu of commencement of such actions to perfect, maintain or continue perfection of Island Operating interest in the Subject Property pursuant to 11 U.S.C. § 546(b), including but not limited to the filing of a lawsuit to enforce and/or foreclose the Subject O&G Liens, and the service of notice on purchasers of production of hydrocarbons from the Subject Property.**

5. Reservation of Rights. Island Operating reserves the right to supplement and/or amend this Notice. Island Operating further reserves all rights under applicable law.

Dated: March 2, 2020.

DIAMOND McCARTHY LLP

*/s/ Charles M. Rubio*
Charles M. Rubio
TBA No. 24083768
crubio@diamondmccarthy.com
(713) 333-5127  Telephone
(713) 333-5195  Facsimile
909 Fannin, Suite 3700
Houston, TX 77010

*COUNSEL FOR ISLAND OPERATING COMPANY, INC.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on March 2, 2020, a true and correct copy of the foregoing document was served upon all parties requesting notice and service of pleadings pursuant to the CM/ECF electronic notification system.

                 /s/ *Charles M. Rubio*
                 Charles M. Rubio

<u>Exhibit A</u>

Amended Lien Statement

# Terrebonne Parish Recording Page

**Theresa A. Robichaux**
**Clerk Of Court**
P.O. Box 1569
Houma, LA 70361-1569
(985) 868-5660

---

**Received From :**
Attn: TAYLOR C GRANGER
NEUNERPATE
ONE PETROLEUM CENTER, SUITE 200
1001 WEST PINHOOK RD
LAFAYETTE, LA 70503

**First MORTGAGOR**
HOACTZIN PARTNERS L P

**First MORTGAGEE**
ISLAND OPERATING CO INC

---

| | |
|---|---|
| **Index Type :** MORTGAGES | **File # :** 1598868 |
| **Type of Document :** AMENDMENTS | |
| | **Book :** 3132   **Page :** 314 |
| **Recording Pages :**  9 | |

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Terrebonne Parish, Louisiana.

*Theresa A. Robichaux*
Clerk of Court

CLERK OF COURT
THERESA A. ROBICHAUX
Parish of Terrebonne
I certify that this is a true copy of the attached document that was filed for registry and
Recorded 02/24/2020 at 10:39:04
Recorded in Book 3132 Page 314
File Number 1598868

*Lisa B. Louese*
Deputy Clerk

On (Recorded Date) : 02/24/2020

At (Recorded Time) : 10:39:04AM

Doc ID - 014972900009

**Return To :** Attn: TAYLOR C GRANGER
NEUNERPATE
ONE PETROLEUM CENTER, SUITE 200
1001 WEST PINHOOK RD
LAFAYETTE, LA 70503

Do not Detach this Recording Page from Original Document

STATE OF _Louisiana_
PARISH/COUNTY OF _Lafayette_

## AMENDED AND SUPPLEMENTED STATEMENT OF PRIVILEGE AND NOTICE OF LIEN ON OIL/GAS WELLS

**BEFORE ME,** the undersigned authority, a Notary Public in and for _Lafayette_ Parish/County, State of _Louisiana_, duly commissioned and qualified, personally came and appeared Gregg Falgout who, being first duly sworn, did depose and say:

**THAT** he is the President and CEO and authorized agent of Island Operating Company, Inc., a Louisiana business corporation whose principal office address is 8550 United Plaza Blvd., Baton Rouge, Louisiana 70809 (hereinafter referred to as "Island"), and, as such, is personally informed as to the matters contained herein, and is duly authorized to execute this Statement of Privilege and Notice of Lien on Oil/Gas Wells on behalf of Island;

**THAT** Island is in the business of providing equipment, supplies, transportation, personnel, and/or other services in connection with the drilling, exploration, production and operation of oil and/or gas wells in the State of Louisiana;

**THAT** in pursuit of this business, Island provided equipment, supplies, transportation, personnel, and/or other services to Hoactzin Partners, L.P. ("Hoactzin"), which, upon information and belief, is a Delaware partnership whose address according to the records of the Bureau of Safety and Environmental Enforcement is 129 East 17th Street, New York, New York 10003, and whose Principal Business Establishment in Louisiana as listed with the Louisiana Secretary of State is 5615 Corporate Blvd., Ste. 400B, Baton Rouge, Louisiana 70808. Hoactzin's General Partner as listed with the Louisiana Secretary of State is Dolphin Advisors (Hoactzin), LLC. Island's equipment, supplies, transportation, personnel, and/or other services to Hoactzin were provided from July through November of 2019 in connection with the exploration, production, and operation of the oil and/or gas wells operated by Hoactzin located in Ship Shoal surface Blocks 145 and 144 in the Gulf of Mexico adjacent to Terrebonne Parish, Louisiana as shown by the records of the US Bureau of Safety and Environmental Enforcement

**THAT** Island filed a Statement of Privilege and Notice of Lien on Oil/Gas Wells in the

Mortgage Records of Terrebonne Parish at File # 1596773, Book 3125, Page 534 (hereinafter referred to as the "Original Statement of Privilege"), on the properties described therein.

**THAT,** Hoactzin has failed to pay to Island amounts due and owing under Island Invoices # 0285904, #0286167, # 0286485, # 0286787, and # 0287117, in addition to those invoices specified in the Original Statement of Privilege;

**THEREFORE,** Island hereby files this Amended and Supplemented Statement of Privilege and Notice of Lien on Oil/Gas Well Parish made pursuant to the Outer Continental Shelf Lands Act, 43 U.S.C. 1333, *et seq.*, and the Louisiana Oil Well Lien Act, La. R.S. 9:4861, *et seq.*, amending and supplementing the Original Statement of Privilege as follows:

- Entries of the "Wells" table of the Original Statement of Privilege are hereby amended and supplemented for Wells E-1 and E-2 in BSEE Block SS 145 to add Invoices # 0286167, # 0285904, and # 0286787 to the Island Invoices field for each such Well entry such and for Well # 1 in BSEE Block SS 144 to add Invoices # 0287117, # 0286485, # 0285904, and # 0286787 to the Island Invoices field for each such Well entry such that said "Wells" table on pages 2 of 3 of the Original Statement of Privilege reads as follows:

| API No. | Company | Well Name/No. | BSEE Block | Island Invoices |
|---|---|---|---|---|
| 177114140501 | Hoactzin Partners, L.P. | E-1 | SS 145 | 0284174*, 0284289*, 0284499, 0284638, 0284687, 0284943*, 0285464, 0285592, 0287600*, 0286167, 0285904*, 0286787* |
| 177114141400 | Hoactzin Partners, L.P. | E-2 | SS 145 | 0284174*, 0284289*, 0284499, 0284638, 0284687, 0284943*, 0285464, 0285592, 0287600*, 0286167, 0285904*, 0286787* |
| 177114143701 | Hoactzin Partners, L.P. | # 1 | SS 144 | 0284174*, 0284289*, 0284500, 0284686, 0284943*, 0285254, 0285593, 0287600*, 0287117, 0286485, 0285904*, 0286787* |

[*The "*" indicates invoices which were jointly billed to SS 144 and SS 145 and equally attributed to SS 144 # 1 Well (50%) and SS 145 E-1 & E-2 Wells (50%).*]

- The occurrence of "FORTY-ONE THOUSAND NINE HUNDRED DOLLARS AND 22/100 CENTS ($41,900.22)" in the Original Statement of Privilege is hereby amended and revised to state "SIXTY-EIGHT THOUSAND TWO HUNDRED THIRTEEN DOLLARS AND 51/100 CENTS ($68,213.50)"; the occurrence of "TWENTY THOUSAND TWO HUNDRED FORTY-TWO DOLLARS AND 81/100 CENTS ($20,242.81)" in the Original Statement of Privilege is hereby amended and revised to state "THIRTY-SEVEN THOUSAND ONE HUNDRED FIFTY-EIGHT DOLLARS AND 50/100 CENTS ($37,158.50)"; the occurrence of "TWENTY-ONE THOUSAND EIGHT HUNDRED SEVEN DOLLARS AND 0/100 CENTS ($21,807.00)" in the Original Statement of Privilege is hereby amended and revised to state "THIRTY-ONE THOUSAND FIFTY-FIVE DOLLARS AND /100 CENTS ($31,055.00)"; and Invoices

# 0285904, #0286167, # 0286485, # 0286787, and # 0287117, attached hereto as Exhibit A, are hereby added to and incorporated into the Subject Invoices set forth in the Original Statement of Privilege (Exhibit A thereto), such that the first full paragraph after the "Wells" table on p. 2 of 3 of the Original Statement of Privilege reads as follows:

> "**THAT**, Island provided such equipment, supplies, transportation, personnel, and/or other services to Hoactzin from July 1, 2019 through November 7, 2019 for the total sum of SIXTY-EIGHT THOUSAND TWO HUNDRED THIRTEEN DOLLARS AND 51/100 CENTS ($68,213.51), payment on which Hoactzin is obligated to Island and remains due and owing, as set forth in Island Invoices 0284174, 0284289, 0284499, 0284500, 0284638, 0284686, 0284687, 0284943, 0285254, 0285464, 0285592, 0285593, 0287600, 0285904, 0286167, 0286485, 0286787, and 0287117 which are listed in the above table and attached hereto and made a part hereof as Exhibit "A" in globo ("the Subject Invoices"). The amounts due and owing as set forth more fully in the Subject Invoices for the provision of equipment, supplies, transportation, personnel, and/or other services for and/or under which this Statement of Privilege and Notice of Lien on Oil/Gas Wells are secured as follows:
> - The amount of THIRTY-SEVEN THOUSAND ONE HUNDRED FIFTY-EIGHT DOLLARS AND 50/100 CENTS ($37,158.50) is secured by the Property Subject to Privilege (as set forth more fully in the following paragraph) as respects SS 144 # 1 Well under OCS surface Lease G34831; and
> - The amount of THIRTY-ONE THOUSAND FIFTY-FIVE DOLLARS AND /100 CENTS ($31,055.00) is secured by the Property Subject to Privilege (as set forth more fully in the following paragraph) as respects SS 145 E-1 and E-2 Wells under OCS surface Lease G34831."

Except to the extent modified herein, Island reiterates, ratifies, and confirms its Original Statement of Privilege.

**By and on behalf of Island Operating Co., Inc.,**

_____
Gregg Falgout
President and CEO of Island Operating Co., Inc.

SUBSCRIBED AND SWORN TO before me on this 19th day of February 2020, in the city of Lafayette, State of Louisiana.

_____
Notary Public

KATE BAILEY LABUE
Notary Public - Louisiana
Lafayette Parish
Notary ID 82596

# Invoice

Page 1 of 1

**Island** Operating Company, Inc.
P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

INVOICE NUMBER: 0285904
INVOICE DATE: 9/25/2019

**PLEASE REMIT TO:**
**ISLAND OPERATING CO., INC**
**LOCK BOX**
**P. O. BOX 27783**
**HOUSTON, TX 77227-7783**

CUSTOMER NO: 03-HOACTZI
CUSTOMER P.O.: Loop 39
SALES TAX CODE: LA

HOACTZIN PARTNERS, LP.
PO BOX 16867
FERNANDINA BEACH, FL 32035

KELLI SMITH

LOCATION: SS 145 E & SS 144 #1

| | Description | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|
| | Operating Services for the Month of September, 2019 | | | | |
| H-L39 | Operating Services | MO 1.000 | 8,500.000 | 8,500.00 | NT |

EXHIBIT
A

SUBTOTAL 8,500.00
SALES TAX 0.00
INVOICE TOTAL 8,500.00

# Invoice

**Island Operating Company, Inc.**
P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

**PLEASE REMIT TO:**
ISLAND OPERATING CO., INC
LOCK BOX
P. O. BOX 27783
HOUSTON, TX 77227-7783

HOACTZIN PARTNERS, LP.
PO BOX 16867
FERNANDINA BEACH, FL 32035

INVOICE NUMBER: 0286167
INVOICE DATE: 9/30/2019

CUSTOMER NO: 03-HOACTZI
CUSTOMER P.O.: Loop 39
SALES TAX CODE: LA

KELLI SMITH

LOCATION: SS 145E

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| RB-39 | Flight Time 9/23 | EA | 0.600 | 1,496.000 | 897.60 | NT |

| | |
|---|---|
| SUBTOTAL | 897.60 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | 897.60 |

# Invoice

**Island** Operating Company, Inc.
P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

**PLEASE REMIT TO:**
ISLAND OPERATING CO., INC
LOCK BOX
P. O. BOX 27783
HOUSTON, TX 77227-7783

HOACTZIN PARTNERS, LP.
PO BOX 16867
FERNANDINA BEACH, FL 32035

INVOICE NUMBER: 0286485
INVOICE DATE: 9/30/2019

CUSTOMER NO: 03-HOACTZI
CUSTOMER P.O.: Loop 40
SALES TAX CODE: LA

KELLI SMITH

LOCATION: SS 144

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| | MV Marc C 9/1-9/30 | | | | | |
| 40 | GOL# 36230 (Hourly) | EA | 31.000 | 156.250 | 4,843.75 | NT |
| 40 | Fuel | EA | 418.000 | 2.350 | 982.30 | NT |
| 40 | Lube | EA | 5.500 | 21.160 | 116.38 | NT |
| 40 | Couvillion# 203228 | EA | 1.000 | 1,331.460 | 1,331.46 | NT |

SUBTOTAL 7,273.89
SALES TAX 0.00
INVOICE TOTAL 7,273.89

# Invoice

Page 1 of 1

**Island** Operating Company, Inc.

P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

****PLEASE NOTE NEW REMIT TO ADDRESS****

**ISLAND OPERATING CO., INC**
**DEPT 3998**
**P. O. BOX 123998**
**DALLAS, TX 75312-3998**

HOACTZIN PARTNERS, LP.
PO BOX 16867
FERNANDINA BEACH, FL 32035

KELLI SMITH

INVOICE NUMBER: 0286787
INVOICE DATE: 10/25/2019

CUSTOMER NO: 03-HOACTZI
CUSTOMER P.O.: Loop 39
SALES TAX CODE: LA

LOCATION: SS 145 E & SS 144 #1

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| | Operating Services for the Month of October, 2019 | | | | | |
| H-L39 | Operating Services | MO | 1.000 | 8,500.000 | 8,500.00 | NT |

| | |
|---|---|
| SUBTOTAL | 8,500.00 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | 8,500.00 |

# Invoice

**Island** Operating Company, Inc.
P. O. BOX 61850
LAFAYETTE, LA 70596
(337) 233-9594
FAX (337) 235-9657

**\*\*\*\*PLEASE NOTE NEW REMIT TO ADDRESS\*\*\*\***

**ISLAND OPERATING CO., INC**
**DEPT 3998**
**P. O. BOX 123998**
**DALLAS, TX 75312-3998**

HOACTZIN PARTNERS, LP.
PO BOX 16867
FERNANDINA BEACH, FL 32035

INVOICE NUMBER: 0287117
INVOICE DATE: 10/31/2019

CUSTOMER NO: 03-HOACTZI
CUSTOMER P.O.: Loop 39
SALES TAX CODE: LA

KELLI SMITH

LOCATION: SS 144

| | Description | | Quantity | Price | Amount | Tax |
|---|---|---|---|---|---|---|
| RB-39 | Safeworx# 4039 10/1 | EA | 1.000 | 1,141.800 | 1,141.80 | NT |

| | |
|---|---|
| SUBTOTAL | 1,141.80 |
| SALES TAX | 0.00 |
| INVOICE TOTAL | 1,141.80 |