# CAVAZOS HENDRICKS POIROT, P.C.

ANNE ELIZABETH BURNS
ARNALDO (Arnie) N. CAVAZOS, JR.
CHARLES B. HENDRICKS
STEVEN T. HOLMES
GEORGE YU-FU KING
ROD L. POIROT

**ATTORNEYS AT LAW**
SUITE 570, FOUNDERS SQUARE
900 JACKSON STREET
DALLAS, TEXAS 75202-4425
(214) 573-7300
www.chfirm.com

MICHAEL W. SEBESTA
JOHN DEE SPICER
*LYNDEL ANNE VARGAS
**CHRISTOPHER J. VOLKMER
EMILY S. WALL

\* Also licensed in Florida & New York
\*\* Of Counsel

SENDER'S INFORMATION:
ewall@chfirm.com
(214) 573-7307

April 15, 2020

U.S. Department of the Interior
Bureau of Ocean Energy Management

Re:   *In re Hoactzin Partners, L.P.*, Case No. 19-33545-sgj7

Dear Sir or Madam:

This firm represents Anne Elizabeth Burns, Chapter 7 Trustee for the bankruptcy estate of Hoactzin Partners, L.P. ("Hoactzin") in Case No. 19-33545-sgj7 pending in the United States Bankruptcy Court, Northern District of Texas, Dallas Division.  Hoactzin is the operator of four terminated leases listed on the attached Exhibit A (the "Leases").

The Trustee presently has less than $5,000 cash in the Hoactzin bankruptcy estate and no other available assets.  Based on the extremely limited resources in this bankruptcy estate, the estate is not in a position to fund any of Hoactzin's obligations under the Leases, including plugging, abandonment, or decommissioning.  Further, the estate cannot fund any maintenance, inspections, or site visits that may be required by applicable regulations. In short, Hoactzin is wholly in default on its obligations as operator.

The purpose of this letter is to inform the recipients of impending risks that may arise given Hoactzin's inability to meet its obligations under the Leases so that the recipients can take any appropriate actions regarding the Leases.

Very truly yours,

Emily S. Wall
Counsel for Anne Elizabeth Burns, Chapter 7 Trustee

Exhibit 1
Page 1 of 2

**Hoactzin Partners, L.P.**

| Leases | |
|---|---|
| Lease OCS-G 06168 | High Island Block 196 |
| Lease OCS-G 34831 | Ship Shoal Block 145 |
| Lease OCS-G 11984 | Ship Shoal Block 159 |
| Lease OCS-G 25007 | West Delta Block 62 |
| **Right of Use and Easement** | |
| RUE OCS-G 30307 | High Island Block 176 – Platform A |
| RUE OCS-G 30290 | High Island Block 176 – Platform B |
| RUE OCS-G 30275 | Ship Shoal Block 144 – Caisson #1 |
| RUE OCS-G 30327 | West Delta Block 62 – Platform D |
| **Right of Way** | |
| ROW OCS-G 29226 | Pipeline Segment #109050 |
| ROW OCS-G 26945 | Pipeline Segment #8933 |
| ROW OCS-G 28745 | Pipeline Segment #14995 |