# CAVAZOS HENDRICKS POIROT, P.C.

ANNE ELIZABETH BURNS
ARNALDO (Arnie) N. CAVAZOS, JR.
CHARLES B. HENDRICKS
STEVEN T. HOLMES
GEORGE YU-FU KING
ROD L. POIROT

* Also licensed in Florida & New York
** Of Counsel

MICHAEL W. SEBESTA
JOHN DEE SPICER
*LYNDEL ANNE VARGAS
**CHRISTOPHER J. VOLKMER
EMILY S. WALL

**ATTORNEYS AT LAW**
SUITE 570, FOUNDERS SQUARE
900 JACKSON STREET
DALLAS, TEXAS 75202-4425
(214) 573-7300
www.chfirm.com

SENDER'S INFORMATION:
ewall@chfirm.com
(214) 573-7307

April 15, 2020

Bureau of Ocean Energy Management

     Re:    *In re Hoactzin Partners, L.P.*, Case No. 19-33545-sgj7

Dear Sir or Madam:

This firm represents Anne Elizabeth Burns, Chapter 7 Trustee for the bankruptcy estate of Hoactzin Partners, L.P. in Case No. 19-33545-sgj7 pending in the United States Bankruptcy Court, Northern District of Texas, Dallas Division.  Hoactzin is the operator of four terminated leases listed on the attached Exhibit A.

Regarding the Rights of Use and Easement listed on Exhibit A, please let this letter serve as confirmation that the four RUEs listed on Exhibit A are no longer in use, and to the best of the Trustee's knowledge have not been used or accessed since November 2019.

The purpose of this letter is to inform the recipient of impending risks that may arise given the non-use of the RUEs so that the recipient can take any appropriate actions regarding expiration of the RUEs.

Very truly yours,

Emily S. Wall
Counsel for Anne Elizabeth Burns, Chapter 7 Trustee

Exhibit 2
Page 1 of 2

## **Hoactzin Partners, L.P.**

| Leases | |
|---|---|
| Lease OCS-G 06168 | High Island Block 196 |
| Lease OCS-G 34831 | Ship Shoal Block 145 |
| Lease OCS-G 11984 | Ship Shoal Block 159 |
| Lease OCS-G 25007 | West Delta Block 62 |
| **Right of Use and Easement** | |
| RUE OCS-G 30307 | High Island Block 176 – Platform A |
| RUE OCS-G 30290 | High Island Block 176 – Platform B |
| RUE OCS-G 30275 | Ship Shoal Block 144 – Caisson #1 |
| RUE OCS-G 30327 | West Delta Block 62 – Platform D |
| **Right of Way** | |
| ROW OCS-G 29226 | Pipeline Segment #109050 |
| ROW OCS-G 26945 | Pipeline Segment #8933 |
| ROW OCS-G 28745 | Pipeline Segment #14995 |

EXHIBIT A
Exhibit 2
Page 2 of 2