# CAVAZOS HENDRICKS POIROT, P.C.

| | | |
|---|---|---|
| ANNE ELIZABETH BURNS<br>ARNALDO (Arnie) N. CAVAZOS, JR.<br>CHARLES B. HENDRICKS<br>STEVEN T. HOLMES<br>GEORGE YU-FU KING<br>ROD L. POIROT | **ATTORNEYS AT LAW**<br>SUITE 570, FOUNDERS SQUARE<br>900 JACKSON STREET<br>DALLAS, TEXAS 75202-4425<br>(214) 573-7300<br>www.chfirm.com | MICHAEL W. SEBESTA<br>JOHN DEE SPICER<br>*LYNDEL ANNE VARGAS<br>**CHRISTOPHER J. VOLKMER<br>EMILY S. WALL |
| * Also licensed in Florida & New York<br>** Of Counsel | | SENDER'S INFORMATION:<br>ewall@chfirm.com<br>(214) 573-7307 |

April 15, 2020

Bureau of Safety and Environmental Enforcement

    Re:    *In re Hoactzin Partners, L.P.*, Case No. 19-33545-sgj7

Dear Sir or Madam:

    This firm represents Anne Elizabeth Burns, Chapter 7 Trustee for the bankruptcy estate of Hoactzin Partners, L.P. in Case No. 19-33545-sgj7 pending in the United States Bankruptcy Court, Northern District of Texas, Dallas Division. Hoactzin is the operator of four terminated leases listed on the attached Exhibit A.

    Regarding the Rights of Way listed on Exhibit A, please let this letter serve as confirmation that the three ROWs listed on Exhibit A are no longer in use, and to the best of the Trustee's knowledge have not been used or accessed since some time prior to Hoactzin's bankruptcy filing on October 26, 2019.

    The purpose of this letter is to inform the recipient of impending risks that may arise given the non-use of the ROWs so that the recipient can take any appropriate actions regarding expiration of the ROWs.

                Very truly yours,

                Emily S. Wall
                Counsel for Anne Elizabeth Burns, Chapter 7 Trustee

Exhibit 3
Page 1 of 2

**Hoactzin Partners, L.P.**

| Leases | |
|---|---|
| Lease OCS-G 06168 | High Island Block 196 |
| Lease OCS-G 34831 | Ship Shoal Block 145 |
| Lease OCS-G 11984 | Ship Shoal Block 159 |
| Lease OCS-G 25007 | West Delta Block 62 |
| **Right of Use and Easement** | |
| RUE OCS-G 30307 | High Island Block 176 – Platform A |
| RUE OCS-G 30290 | High Island Block 176 – Platform B |
| RUE OCS-G 30275 | Ship Shoal Block 144 – Caisson #1 |
| RUE OCS-G 30327 | West Delta Block 62 – Platform D |
| **Right of Way** | |
| ROW OCS-G 29226 | Pipeline Segment #109050 |
| ROW OCS-G 26945 | Pipeline Segment #8933 |
| ROW OCS-G 28745 | Pipeline Segment #14995 |