

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 9, 2020**

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| HOACTZIN PARTNERS, L.P. § | |
| § | CASE NO. 19-33545-sgj-7 |
| § | (Chapter 7) |
| DEBTOR § | |

**ORDER ON MOTION TO DETERMINE REASONABLENESS
OF FEES AND EXPENSES OF CHAPTER 11 DEBTOR'S COUNSEL
PURSUANT TO 11 U.S.C. § 329(B)**

On October 6, 2020, the Court held a hearing on the Motion to Determine Reasonableness of Fees and Expenses of Chapter 11 Debtor's Counsel Pursuant to 11 U.S.C. § 329(b) (Docket No. 147) (the "Motion") filed by Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM"), chapter 11 counsel to Hoactzin Partners, L.P. No objections were filed to the Motion. Based upon the pleadings, evidence, and arguments of counsel, the Court made various findings and conclusions at the conclusion of the hearing that are incorporated as if fully set forth herein, and the Court granted, in part, the relief requested by the Motion. **IT IS THEREFORE**

**ORDERED** that QSLWM's fees and expenses in the amount of $76,060.11 are approved and QSLWM may apply its retainer to this amount. QSLWM shall remit the remaining retainer balance of $53,110.00 to the Chapter 7 Trustee for further case administration pursuant to Order of this Court.

# # # END OF ORDER # # #

Approved as to form:

*/s/ Charles B. Hendricks*
Charles B. Hendricks
State Bar No. 09451050
Emily S. Wall
State Bar No. 24079534
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7302
Fax: (214) 573-7399

Attorneys for Chapter 7 Trustee